IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| ADELMAN'S TRUCK PARTS CORPORATION, </br></br> Plaintiff, </br> v. </br></br> JONES TRANSPORT and DON JONES, </br></br> Defendants. | Case No. 5:17-cv-2598(JRA) |

## NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE that Defendant will manually filed the following document or thing:

- **Exhibit A** to Reply Declaration of Defendant Don Jones in Further Support of His Motion to Dismiss dated February 2, 2018 (audio CD containing recordings of seven phone calls between Mr. Jones and Plaintiff Adelman's Truck Parts Corp.).

The document or thing has not been filed electronically because the document or thing cannot be converted to an electronic format compatible with the Court's CM/ECF system.

The contents of the audio CD have been electronically served, in the form of emailed .WAV files, to the following counsel of record at the following email addresses:

- John J. Rambacher, Esq.     jrambacher@wr-law.com

- Michael J. Kahlenberg        mike@kahlenberglaw.com

Dated:   Winston-Salem, N.C.
         February 2, 2018

/s/ Jonathan R. Miller
Jonathan R. Miller
Salem Community Law Office
301 N. Main St., 24th Floor
Winston-Salem, NC
Tel: (336) 837-4437
Fax: (336) 837-4436
jmiller@salemcommunitylaw.com