IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ADELMAN TRUCK PARTS CORPORATION, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| JONES TRANSPORT and DON JONES, | ) ) ) |
| Defendants. | ) ) |

Case No. 5:17-cv-2598(JRA)

## CERTIFICATE OF SERVICE

I, Jonathan R. Miller, an attorney, hereby certify that on February 2, 2018, the foregoing documents were filed with the Clerk of the Court and served via the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure, and/or the Northern District's Local Rules, and/or the Northern District's Rules on Electronic Service upon the following parties and participants:

John J. Rambacher

Michael J. Kahlenberg


Dated:  Winston-Salem, N.C.
        February 2, 2018

/s/ Jonathan R. Miller
Jonathan R. Miller