IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

ADELMAN'S TRUCK PARTS
CORPORATION,

     Plaintiff,

v.

JONES TRANSPORT and DON JONES,

     Defendants.

Case No. 5:17-cv-2598(JRA)

**DECLARATION OF WITNESS LEE BRYAN IN OPPOSITION
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, IN SUPPORT OF DEFENDANT'S REQUEST TO DEFER
CONSIDERATION OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

  Witness LEE BRYAN hereby declares under penalties of perjury that the following statements are true to the best of his knowledge, information, and belief:

  1. I have worked as a mechanic for 50 years.

  2. My father and I open our own shop, Bryans Truck Repair Inc., located at 336 Burton Avenue, High Point, North Carolina 27262, in May of 1978.

  3. It is impossible for me to know exactly how many engines I have repaired, rebuilt, or replaced in my 50 years as a mechanic. My best estimate is that I have worked on between 4,000 and 5,000 engines in my lifetime.

  4. A Motor that one of my customers, Don Jones, had ordered for his truck arrived at my shop on Monday, October 16, 2018.

1

5. I then called Mr. Jones to tell him that the Motor he had been expecting had arrived.

6. When Mr. Jones arrived at my shop, he was surprised to find that Adelman's Truck Parts Corporation had sent him a Caterpillar C-7 Motor with a serial number beginning with KAL, instead of one with a serial number beginning with WAX.

7. I was present for at least one phone call between Mr. Jones and an Adelman's employee, in which Mr. Jones complained about being shipped the wrong kind of Motor. Mr. Jones put the call on speaker, so I could hear the entire conversation.

8. After the Adelman's employee told Mr. Jones in no uncertain terms that Adelman's would not accept a return unless Mr. Jones paid the shipping charge back to Ohio and agreed to a 20% restocking fee, Mr. Jones instructed me to install the Motor into his truck.

9. After I had installed the Motor, I started to remove the Motor's oil pan, so that I could place the oil pan from Mr. Jones's own truck onto it. It was then that I discovered a piece of the No. 4 piston several inches long laying in the oil pan.

10. I did not run the Motor, inside Mr. Jones's truck or otherwise, before discovering the huge piece of piston that had broken off.

11. To the best of my knowledge, none of my employees or anyone else ran the Motor before or after I discovered the broken piston.

12. As someone who has worked as a mechanic for 50 years, I would never advise any customer to drive a vehicle with a Motor with a piston as badly broken as that. In fact, because driving a vehicle with such a Motor would be dangerous, I would do everything in my power to prevent one of my customers from driving it.

Dated: High Point, N.C.
July 18, 2018

*Lee Bryan* — Pres, Bryans Truck Repair Inc
_____
Lee Bryan