IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| ADELMAN'S TRUCK PARTS CORPORATION,<br><br>           Plaintiff,<br>v.<br><br>JONES TRANSPORT and DON JONES,<br><br>           Defendants. | Case No. 5:17-cv-2598(JRA) |

## DEFENDANTS' MOTION FOR
## PARTIAL SUMMARY JUDGMENT AS TO LIABILITY ONLY

PLEASE TAKE NOTICE THAT, upon the Declaration of Jonathan R. Miller dated November 26, 2018 and the exhibits thereto; upon the Declaration of Defendant Don Jones dated November 26, 2018 and the exhibits thereto; upon the accompanying Statement of Undisputed Facts dated November 26, 2018; and upon the accompanying Memorandum of Law dated November 26, 2018, as well as all other papers and proceedings had herein, Defendant Don Jones, by his undersigned attorney, will move this Court before the Honorable John R. Adams, U.S.D.J., at a date and time to be determined by the Court, for an Order under Rule 56 of the Federal Rules of Civil Procedure granting Plaintiff partial summary judgment as to liability.

The grounds for this Motion are set forth in the accompanying Memorandum of Law.

Dated:	Winston-Salem, N.C.
	November 26, 2018

/s/ Jonathan R. Miller
Jonathan R. Miller
Salem Community Law Office
301 N. Main St., 24th Floor
Winston-Salem, NC
Tel: (336) 837-4437
Fax: (336) 837-4436
jmiller@salemcommunitylaw.com