# Exhibit D

## Cat Electronic Technician 2017C v1.0
## Warranty Report

### 8/14/2018 11:37:57 AM

### C7 Truck (KAL61215)

| Parameter | Value |
|---|---|
| Vehicle ID | 4UZAAXDC95CU19951 |
| Engine Serial Number | KAL61215 |
| ECM Serial Number | 20946221IE |
| Personality Module Part Number | 2517438-00 |
| Personality Module Release Date | MAR04 |
| Personality Module Code | 25 |
| ECM Date/Time | 12/31/2037+ |

### Summary Information

| | |
|---|---|
| Engine Serial Number | KAL61215 |
| ECM Date/Time | 12/31/2037+ |
| Report File Creation PC Date and Time | 8/14/2018 11:37:57 AM |
| Report File Last Modified PC Date and Time | 8/14/2018 11:39:55 AM |
| Total Distance | 113218 Miles |
| Total Time | 7254:45 hours |
| Total Fuel | 17637 gal |
| Diagnostic Clock | 7632 hours |
| Vehicle ID | 4UZAAXDC95CU19951 |
| ECM Serial Number | 20946221IE |
| Personality Module Part Number | 2517438-00 |
| Personality Module Release Date | MAR04 |
| Personality Module Code | 25 |
| Service Tool Version | 2017C v1.0 |
| Service Tool Serial Number | ET658765 |
| Service Tool Subscription | JERD2129 Full Service Dealer ET |

Case: 5:17-cv-02598-JRA  Doc #: 36-6  Filed:  11/26/18  3 of 10.  PageID #: 491

| Default Report File Name | WRPTXXXXXXXKAL61215180814113757 |
|---|---|
| Report Version | 1.2 |

## User Information

| Caterpillar Dealer Code: | D092 |
|---|---|
| Dealer Code where repair performed: | D092 |
| Repair Date: | 14 August 2018 |
| Part Number(s) Causing Failure: | |
| Work Order# or Dealer Claim#: | |
| Technician Name/CWS ID: | |
| Customer Complaint(s): | |
| Comments: | |
| Explanation of Problem: | |
| Cab Type: | |
| Truck Make and Model: | |

## ECM Information
-----------------------------------------------

## Logged Diagnostic Codes

| Code | Description | Occ. | First | Last |
|---|---|---|---|---|
| C7 Truck (KAL61215) – Diagnostic Clock = 7632 hours | | | | |
| 70- 5 | Inlet Air Heater current low | 3 | 7632 | 7632 |
| 91- 8 | Throttle Position Invalid (32) | 1 | 7632 | 7632 |
| 100- 3 | Oil Pressure voltage high (24) | 1 | 7632 | 7632 |
| 102- 3 | Boost Pressure voltage high (25) | 1 | 7632 | 7632 |
| 105- 3 | Intake Manifold Air Temperature voltage high (38) | 1 | 7632 | 7632 |
| | | | | |

| 108- 3 | Barometric Pressure voltage high (26) | 255 | 3753 | 7632 |
|---|---|---|---|---|
| 164- 3 | Injection Actuation Pressure voltage high (15) | 1 | 7632 | 7632 |
| 168- 1 | Low ECM Battery Power (17) | 1 | 7625 | 7625 |

## Logged Event Codes

| Code | Description | Occ. | First | Last |
|---|---|---|---|---|
| C7 Truck (KAL61215) - Diagnostic Clock = 7632 hours | | | | |
| No Logged Event Codes | | | | |

## Active Diagnostic Codes

| Code | Description |
|---|---|
| C7 Truck (KAL61215) - Diagnostic Clock = 7632 hours | |
| 70- 5 | Inlet Air Heater current low |
| 105- 3 | Intake Manifold Air Temperature voltage high (38) |
| 100- 3 | Oil Pressure voltage high (24) |
| 164- 3 | Injection Actuation Pressure voltage high (15) |
| 102- 3 | Boost Pressure voltage high (25) |
| 91- 8 | Throttle Position Invalid (32) |
| 108- 3 | Barometric Pressure voltage high (26) |
| 110- 3 | Coolant Temperature voltage high (27) |

## Current Totals

| Description | Value | Unit |
|---|---|---|

| Total Time | 7254:45 | hours |
|---|---|---|
| Total PTO Time | 432:57 | hours |
| Total Idle Time | 1027:51 | hours |
| Total Distance | 113218 | Miles |
| Total Fuel | 17637 | gal |
| Total PTO Fuel | 438 | gal |
| Total Idle Fuel | 459 | gal |
| Lifetime Total Engine Revolutions | 528160000 | |

## Configuration

| Description | Value | Unit |
|---|---|---|
| C7 Truck (KAL61215) | | |
| Rating Number | 1 | |
| Rating Type | Standard | |
| Advertised Power | 190 hp | |
| Governed Speed | 2500 rpm | |
| Rated Peak Torque | 520 lb-ft @ 1440 rpm | |
| Top Engine Speed Range | 2640 - 2640 rpm | |
| Test Spec | 0K5325-00 | |
| Test Spec with BrakeSaver | NONE | |
| Vehicle ID | 4UZAAXDC95CU19951 | |
| Engine Serial Number | KAL61215 | |
| ECM Serial Number | 20946221IE | |
| Personality Module Part Number | 2517438-00 | |
| Personality Module Release Date | MAR04 | |
| Total Tattletale | 44 | |
| Last Tool to change Customer Parameters | 00000000 | |
| Last Tool to change System Parameters | 00000000 | |
| Truck Manufacturer | Other | |
| Vehicle Speed Calibration | Unavailable | P/mile |
| Vehicle Speed Cal (J1939-Trans) | 2878 | R/mile |
| Vehicle Speed Cal (J1939-ABS) | Unavailable | Ratio |
| Vehicle Speed Limit | 63 | mph |
| VSL Protection | 2236 | rpm |

| | | |
|---|---|---|
| Tachometer Calibration | 12.0 | PPR |
| Soft Vehicle Speed Limit | No | |
| Two Speed Axle - Low Speed Range Axle Ratio | Unavailable | |
| Nominal Axle Ratio - High Speed Range Axle Ratio | Unavailable | |
| Low Cruise Control Speed Set Limit | 127 | mph |
| High Cruise Control Speed Set Limit | 63 | mph |
| Exhaust Brake Mode | Manual | |
| Auto Retarder in Cruise (0 = Off) | 0 | mph |
| Cruise/Idle/PTO Switch Configuration | Set/Decel-Res/Accel | |
| SoftCruise Control | Yes | |
| Idle Vehicle Speed Limit | 1 | mph |
| Idle RPM Limit | 1600 | rpm |
| Idle/PTO RPM Ramp Rate | 50 | rpm/s |
| Idle/PTO Bump RPM | 400 | rpm |
| Fast Idle RPM #1 | 1000 | rpm |
| Fast Idle RPM #2 (0 = Off) | 0 | rpm |
| Warm Up Mode Idle Speed | 1000 | rpm |
| PTO Configuration | Remote Switches | |
| PTO Top Engine Limit | 1600 | rpm |
| PTO Engine RPM Set Speed (0 = Off) | 1200 | rpm |
| PTO Engine RPM Set Speed A (0 = Off) | 0 | rpm |
| PTO Engine RPM Set Speed B (0 = Off) | 0 | rpm |
| PTO to Set Speed | Yes | |
| Maximum PTO Enable Speed | 2640 | rpm |
| PTO Cab Throttle RPM Limit | Unavailable | |
| PTO Kickout Vehicle Speed Limit | 1 | mph |
| Max PTO Vehicle Speed | 127 | mph |
| Torque Limit | 2000 | lb-ft |
| PTO Shutdown Time (0 = Off) | 0 | min |
| PTO Activates Cooling Fan | Normal | |
| Exhaust Brake/Warm Up Enable | None | |
| Lower Gears Engine RPM Limit | 2640 | rpm |

| | | |
|---|---|---|
| Lower Gears Turn Off Speed | 1 | mph |
| Intermediate Gears Engine RPM Limit | 2640 | rpm |
| Intermediate Gears Turn Off Speed | 10 | mph |
| Gear Down Protection RPM Limit | 2640 | rpm |
| Gear Down Protection Turn On Speed | 127 | mph |
| Top Engine Limit | 2640 | rpm |
| Low Idle Engine RPM | 700 | rpm |
| Transmission Style | Automatic Option 1 | |
| AT/MT/HT Part Throttle Shift Speed | High (60% Enable / 45% Disable) | |
| Starting Aid Output Mode | Off | |
| Governor Type | Min/Max with Speed Control | |
| Battery Monitor and Engine Control Voltage | 0.0 | Volts |
| Battery Monitor Low Idle Engine Speed | 1000.0 | rpm |
| Idle Shutdown Time (0 = Off) | 0 | min |
| Allow Idle Shutdown Override | Yes | |
| A/C Switch Fan On-Time (0 = Off) | 0 | sec |
| Fan with Exhaust Brake On | No | |
| Engine Monitoring Mode | Derate | |
| Engine Monitoring Lamps | Warning Lamp | |
| Coolant Level Sensor | No | |
| Engine Oil Pressure Sensor | Installed | |
| Maintenance Indicator Mode | Off | |
| PM1 Interval | 0 | Miles |
| Engine Oil Capacity | 22 | quarts |
| Dash - PM1 Reset | No | |
| Dash - Customer Parameters | No | |
| Theft Deterrent System Control | No | |
| Theft Deterrent Password | **************** | |
| Quick Stop Rate | 0 | mph/s |
| Fan Override Switch | None | |
| Transmission Neutral Switch | J1/P1:62 | |
| Exhaust Brake Switch | None | |
| Ignore Brake/Clutch Switch | None | |

| | | |
|---|---|---|
| Two Speed Axle Switch | None | |
| Vehicle Speed Input | J1939 - Trans | |
| PTO Engine Shutdown Switch | None | |
| Torque Limit Switch | None | |
| PTO On/Off Switch | J1/P1:56 | |
| PTO Engine RPM Set Speed Input A | None | |
| PTO Engine RPM Set Speed Input B | None | |
| Remote PTO Set Switch | J1/P1:58 | |
| Remote PTO Resume Switch | J1/P1:60 | |
| Diagnostic Enable Switch | None | |
| Cruise Control On/Off Switch | J1/P1:59 | |
| Cruise Control Set/Resume/Accel/Decel Switch | J1/P1:35 & 44 | |
| Cruise Control Pause Switch | None | |
| Clutch Pedal Position Switch | J1/P1:22 | |
| Service Brake Pedal Position Switch #1 | J1/P1:45 | |
| Accelerator Pedal Position | J1/P1:66 | |
| A/C High Pressure Switch | J1/P1:41 | |
| Fan Control Type | On/Off PWM | |
| PTO Active Output | J1/P1:19 | |
| PTO Switch On Lamp | None | |
| Wait to Start Lamp | None | |
| Fast Idle Enabled Lamp | J1/P1:21 | |
| Change Oil Lamp | None | |
| Customer Password #1 | *************** | |
| Customer Password #2 | *************** | |
| Powertrain Data Link | J1939 | |
| Personality Module Code | 25 | |
| FLS | 10 | |
| FTS | -13 | |
| Injector1 | 003B102662098F | |
| Injector2 | 003B10266187B0 | |
| Injector3 | 003B10266182AB | |
| Injector4 | 003B10266195AB | |
| Injector5 | 003B10266210A5 | |
| Injector6 | 003B10266184B9 | |

## Histogram - Total Time vs Engine Speed

| Engine Speed (rpm) | Total Time (hours) |
|---|---|
| 0-599 | 6.40 |
| 600-699 | 1027.25 |
| 700-799 | 912.20 |
| 800-899 | 68.85 |
| 900-999 | 83.35 |
| 1000-1099 | 158.40 |
| 1100-1199 | 226.90 |
| 1200-1299 | 306.10 |
| 1300-1399 | 406.55 |
| 1400-1499 | 416.75 |
| 1500-1599 | 422.30 |
| 1600-1699 | 404.15 |
| 1700-1799 | 347.95 |
| 1800-1899 | 280.20 |
| 1900-1999 | 245.30 |
| 2000-2099 | 194.80 |
| 2100-2199 | 143.75 |
| 2200-2299 | 138.30 |
| 2300-2399 | 54.15 |
| 2400-2499 | 35.85 |
| 2500-2599 | 17.15 |
| 2600-2699 | 20.70 |

## Cylinder Cutout Reports

---------------------------------------

## Cylinder Cutout - Not OK

Not Included

## Cylinder Cutout - OK

Not Included

## Additional Service Tool Files
---------------------------------------------