1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

- - -

ADELMAN TRUCK PARTS          )

CORPORATION,                 )

        Plaintiff,          )

     vs.                     ) CASE NO. 5:17-CV-2598

JONES TRANSPORT AND          )

DON JONES                    )

       Defendants.          )

- - -

    Videotaped deposition of CHRISTOPHER IVES, a Witness herein, called by the Defendants for Examination pursuant to the Federal Rules of Civil Procedure, taken before me, the undersigned, Carina C. Meszaros, a Registered Merit Reporter and Notary Public in and for the State of Ohio, at the offices of Court Reporters, Inc., 221 Springside Drive, Akron, Ohio, on Wednesday, the 3rd day of October, 2018, commencing at 10:02 a.m.

- - -

2

1    **APPEARANCES:**

2

3         On Behalf of the Plaintiff:

4              RAMBACHER LAW, LLC

5         BY:  John J. Rambacher, Attorney at Law

6              825 South Main Street

7              North Canton, Ohio  44720

8              (330) 639-2440

9              john@rambacherlaw.com

10

11        On Behalf of the Defendant:

12             SALEM COMMUNITY LAW OFFICE

13        BY: Jonathan R. Miller, Attorney at Law

14             24th Floor

15             301 North Main Street

16             Winston-Salem, North Carolina  27101

17             (336) 837-4437

18             jmiller@salemcommunitylaw.com

19

20    **ALSO PRESENT:**

21             Mr. James Torok, Videographer

22             Mr. Carl Adelman

23

24                          - - -

25

3

1                            I N D E X

2

3     EXAMINATION (BY MR. MILLER) .................... 4

4

5     DEFENDANT'S

6     Exhibit A ..................................... 5

7                              - - -

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1          THE VIDEOGRAPHER:We're on the record.
 2   Today's date is October 3, 2018.  The time is
 3   approximately 10:02 a.m.  We are here to take the
 4   videotape deposition of Chris Ives at Akron Court
 5   Reporters in Akron, Ohio, in the case of Adelman
 6   Truck Parts Corp versus Jones Transport.  It's Case
 7   Number 5:17-CV-2598 to be heard in the United States
 8   District Court of Ohio.
 9          If counsel could please state their name
10   for the record.
11          MR. MILLER:      Jonathan Miller, I
12   represent Defendant Don Jones.
13          MR. RAMBACHER:      John Rambacher, I
14   represent the Plaintiff, Adelman's Truck Parts
15   Corporation.
16          THE VIDEOGRAPHER:Please swear in the
17   witness.
18                    CHRISTOPHER IVES,
19   of lawful age, a Witness herein, having been
20   first duly sworn, as hereinafter certified, deposed
21   and said as follows:
22                    EXAMINATION
23   BY MR. MILLER:
24   Q.  All right.  Good morning, Mr. Ives.
25   A.  Good morning.
```

5

1  **Q.** First thing I'm going to do is show you a

2  document that's going to be marked Defendant A.

3       (Thereupon, Defendant's Exhibit A

4        of the C. Ives Deposition was

5         marked for purposes of identification.)

6  **BY MR. MILLER:**

7  **Q.** Have you seen this document before?

8  **A.** No.

9  **Q.** Okay. Do you -- do you know what this document

10 is?

11 **A.** No.

12 **Q.** So, first of all, do you under -- do you

13 understand what a deposition is? Did you go over

14 that with either Mr. Rambacher or Mr. Kahlenberg?

15 **A.** Did we go over it?

16 **Q.** Just what a deposition is.

17 **A.** Shortly.

18 **Q.** So you understand that you're under oath,

19 it's -- it's a corporate proceeding even though

20 there's not a -- there's not a judge here?

21 **A.** Yes.

22 **Q.** Mr. Ives, have you taken any medication or any

23 drugs that would impair your memory or prevent you

24 from -- from testifying --

25 **A.** No.

6

1   **Q.**  -- today?

2       Is there any other reason that you know of that

3   you -- that you wouldn't be able to -- to testify

4   today accurately and truthfully?

5   **A.**  What do you mean?

6   **Q.**  Just I -- I don't have anything specific in

7   mind.  Is -- is there any -- you know, something

8   like illness or, you know, you're not feeling

9   well --

10  **A.**  Oh, no.

11  **Q.**  -- something --

12  **A.**  I'm fine.

13  **Q.**  Just -- just generally, I don't have anything

14  specific in mind.

15  **A.**  Okay.

16  **Q.**  So I just want to go over a couple of

17  preliminary things, one of which I was -- I was

18  just guilty of myself, and that is we need to try

19  not to -- not to talk over each other, which I just

20  did a couple -- a couple of seconds ago.  But it

21  will be much easier for the court reporter to take

22  down everything if we don't do that.

23      It's also important that when I -- when I ask a

24  question you give a -- a verbal reply, yes or no.

25  Things like "mm-hmm" are -- are harder for the --

1    for the court reporter to pick up, and, you know,

2    the court reporter also can't pick up, you know,

3    nodding or -- or shaking the head, so -- it's --

4    it's natural to do those kinds of things, so it's

5    understandable if -- if it happens, but we'll --

6    we'll try our best.

7        So if at any point you don't understand the

8    question that I'm asking, feel free to ask me to --

9    to rephrase the question and I'll -- I'll try -- try

10   again.  It's -- it's important that you actually

11   understand what I'm -- what I'm asking for --

12   **A.**  Okay.

13   **Q.**  -- before you answer.

14       And let's see.  I think the last thing we have

15   to go over is that if you need to -- if you need to

16   take a break at all, just say so.  This isn't a -- a

17   forced march.  So, you know, at any point -- you

18   don't have to, like, you know, keep on slogging

19   through until lunch, like, if you need to use the

20   restroom or anything like that.  Okay.

21       So the one thing that I ask is that if I ask a

22   question, just to -- to answer the question that

23   I've asked and then we can take a break after that.

24   So, in other words, we'll try not to take a break,

25   you know, while -- while a question is -- is out

8

1  there hanging.

2      And, let's see, I guess there is one other

3  thing.  If your -- so Mr. Rambacher might have

4  objections to -- to some of my questions.  So,

5  generally speaking, for the most part, if -- if he

6  objects, you should go ahead and answer the question

7  unless -- unless he instructs -- instructs you not

8  to.

9  **A.**  Okay.

10  **Q.**  Okay.  Sound okay?

11      Have you ever -- have you ever been in a

12  deposition before?

13  **A.**  No.

14  **Q.**  Have you ever testified in a -- a court case?

15  **A.**  No.

16  **Q.**  What is -- what's your age?

17  **A.**  Thirty-seven.

18  **Q.**  And where do you work?

19  **A.**  Adelman's.

20  **Q.**  What's your job -- job title?

21  **A.**  I'll say engine specialist.

22  **Q.**  And -- and what are your -- your duties?

23  **A.**  I -- I run and test and check the engines that

24  come to me to make sure they're qualified to be put

25  in stock to be resold.

9

1  **Q.**  And how long have you worked for Adelman's

2  Truck Parts?

3  **A.**  More than four years.

4  **Q.**  Have you had the same -- the -- the -- the same

5  job the entire time that you've -- that you've

6  worked there?

7  **A.**  Yes.

8  **Q.**  Where did you work before you started working

9  for Adelman's?

10  **A.**  Akron Medina Trucks & Parts.

11  **Q.**  Could you repeat that?  I'm sorry.

12  **A.**  Akron Medina Trucks & Parts.

13  **Q.**  Could you -- could you spell that first --

14  **A.**  A-k-r-o-n.

15  **Q.**  Okay.

16  **A.**  M-e-d-i-n-a.

17  **Q.**  Okay.  Thanks.

18      And what was the -- what was the time range

19  that you -- that you worked there?

20  **A.**  I was there, roughly, like, 13 years.

21  **Q.**  Did you -- did you have any jobs before you

22  worked there?

23  **A.**  Before Akron Medina?  McDonald's.

24  **Q.**  About what years did you -- did you work there?

25  **A.**  At McDonald's?  I'd say '98 to 2000.

10

1    **Q.**  And what were -- what was your job at Akron

2    Medina?

3    **A.**  I had very -- various positions there.

4    **Q.**  Mm-hmm.

5    **A.**  But for the majority of the time, pretty much

6    the engine specialist there.

7    **Q.**  Is -- is Akron Medina -- what -- what -- what

8    exactly is their business, what -- what -- what line

9    of business are they in?

10   **A.**  Pretty much like Adelman's.

11   **Q.**  So would they buy vehicles or -- or vehicle

12   parts and -- and then resell them?

13   **A.**  Yes.

14   **Q.**  When you -- when you say that you had

15   various -- various duties, do you mean that your --

16   your -- your job changed, like, you started out in

17   one position?

18   **A.**  I -- I pretty much -- yeah, could be tires,

19   transmissions, rear ends.  It just -- it changed.

20   **Q.**  Okay.  You said -- you said you've worked for

21   Adelman's for -- for about four years --

22   **A.**  Yes.

23   **Q.**  -- is that right?

24        So I'm hoping you can tell me some just basic

25   things.  About -- about how many employees are

1   there, how many -- how many colleagues do -- do you

2   have?

3   **A.**  I honestly don't know.

4   **Q.**  Is it -- is -- is -- is there a range, like, is

5   it over 10, over 20?

6   **A.**  I'd say 20 or more.

7   **Q.**  And I've never -- I've never been there before.

8   So could you -- could you kind of describe just how

9   the -- how -- how the place is -- is laid out?  I

10  mean, I'm -- I'm guessing there's -- there's --

11  there -- there's an office of -- of some sort there?

12  **A.**  Yes.

13  **Q.**  And are -- is there more than one building

14  or -- or -- or just one building at the location?

15  **A.**  No, there's more than one building.

16  **Q.**  How many buildings are there?

17  **A.**  I don't know; six, seven.

18  **Q.**  So what are the -- what are the various

19  buildings used for?

20  **A.**  Various inventory.

21  **Q.**  So you're saying that vehicles or -- or vehicle

22  parts are -- are stored in -- in all of the

23  buildings?

24  **A.**  Yes.

25  **Q.**  And is the -- is the office kind of in one --

1   one of -- one of those buildings where the -- where

2   the vehicles or vehicle parts are kept or is it --

3   is it a separate building?

4   **A.**  Repeat the question again.

5   **Q.**  Well, let me -- let me try something different.

6   Is -- is there -- is there kind of, like, a front

7   door where, you know, a customer or someone wanting

8   to do business with Adelman's where -- where they

9   would -- where they would go first?

10  **A.**  Oh, yeah, yes.

11  **Q.**  And is that -- is that in the same general area

12  as the -- as, you know, the -- the business offices?

13  **A.**  Yes.

14  **Q.**  And is that -- is that area -- is -- is -- is

15  that part of -- of a building that -- where vehicles

16  and -- or vehicle parts are -- are stored?

17  **A.**  Well, the back of the building, yes.

18  **Q.**  And do you have any kind of office or desk,

19  work space what -- that -- that you -- that -- that

20  is -- is your own?

21  **A.**  Like, what do you mean, do work out of?

22  **Q.**  Do you -- well, first of all, do you -- do you

23  have a -- do you have a separate office?

24  **A.**  Do I have an office?  No.

25  **Q.**  Do you have -- do you have a -- a -- a -- a

13

1    desk of your own?

2    **A.**  I -- I have a desk.

3    **Q.**  And where -- where -- where is that -- that

4    located?

5    **A.**  It's in the shop with me.

6    **Q.**  Is that in the -- the same building as the --

7    as the offices or a different -- a different

8    building?

9    **A.**  It's a different building.

10   **Q.**  Okay.  And is the -- the building that has the

11   shop is -- is there also storage space --

12   **A.**  Yes.

13   **Q.**  -- in that building?

14        Is it -- are vehicles or are parts kind of

15   stored -- stored in the shop building long term or

16   are they -- well, I'll just -- I'll just leave it at

17   that?  Are they stored in that -- in that building

18   long term?

19   **A.**  Define "long term."

20   **Q.**  Well, let me -- let me put it another way.

21   How -- how long do you -- do you usually -- strike

22   that.

23        How long -- how long does -- does it take for

24   you to do all of your -- all your tasks with a --

25   with a particular engine?

14

1    **A.**  One -- one particular engine?  It can range

2    from 20 minutes to, you know, who knows, until I'm

3    done.

4    **Q.**  So I -- I guess I -- I -- I would put the

5    question like this:  Is -- are vehicles or vehicle

6    parts, are they -- are -- are they stored in -- in

7    the building with your shop more than three or four

8    days?

9    **A.**  Yes.

10   **Q.**  More than -- more than a week?

11   **A.**  Yes.

12   **Q.**  More than a month?

13   **A.**  Like, all inventory?

14   **Q.**  I'm just asking whether -- whether it's normal

15   for -- for one -- for -- for one engine to stay in

16   your building for -- for -- for a month or longer.

17   **A.**  Yes, for a month.

18   **Q.**  Could -- could you describe a -- a typical day

19   at work, you know, starting -- starting with when

20   you arrive and, you know, kind of continuing on?

21   Where do you go first?

22   **A.**  Well, I clock in and then I open up my shop,

23   and then whatever various inventory I have that I

24   have to do, I start on.

25   **Q.**  And how do you know what -- what that inventory

15

1    consists of?

2    **A.**  It's whatever is brought down to me from the

3    people who take the engines out of the vehicles.

4    **Q.**  And who are those -- who -- who are those

5    people that -- that bring the engines down?

6    **A.**  Namewise?  You want names?

7    **Q.**  Well, how many of them are there?

8    **A.**  How many are there?  It can range from two to,

9    like, five.

10   **Q.**  And what -- so those are Adelman's employees --

11   **A.**  Yes.

12   **Q.**  -- I'm guessing?

13       And do you know -- do you know what their --

14   what their job -- job titles are?

15   **A.**  To me that's no concern of mine because I have

16   my own job to worry about.

17   **Q.**  Well, what other -- what other types of things

18   do -- do those people do besides bringing --

19   bringing engines to you?

20   **A.**  All honesty I don't pay attention.  I have

21   my -- again, I don't have my duty to worry

22   about --

23   **Q.**  Are you saying you don't -- you don't know what

24   they do?

25   **A.**  I know what they do.  They pull engines.

16

1   **Q.**  And before were -- are you saying that you
2   don't know what their -- their job titles are?
3   **A.**  Titlewise, no.  What I see, they pull engines.
4   **Q.**  And where does -- where does that happen,
5   pulling -- the pulling of the engines?
6   **A.**  Up -- up on top of the hill.
7   **Q.**  Okay.  So where -- where is the -- the hill
8   then in relation to the shop?
9   **A.**  It's, like, a hundred feet from my door give or
10  take another hundred feet.
11  **Q.**  And then -- and so where -- and then where are
12  you in relation to kind of the -- the front door
13  office area?  Strike that.
14      Where is -- where is the shop in relation to
15  the front door office area?
16  **A.**  I'm the third building back.
17  **Q.**  Is there -- is there a particular time of day
18  when the people who pull the engines bring -- bring
19  the engines to the -- to the shop?
20  **A.**  Can you repeat that?
21  **Q.**  Let me put it a different way.  Is there -- is
22  there a -- is -- is there a regular schedule for the
23  people who pull the engines to -- to bring engines
24  to -- to your shop?  Is there -- is there any kind
25  of regular routine to that?

1    **A.**  No.

2    **Q.**  So -- oh, and where -- where do you clock in

3    for your time?

4    **A.**  Second building from the front.

5    **Q.**  And what -- and what else is in that building?

6    **A.**  More inventory.

7    **Q.**  Anything else?

8    **A.**  No.

9    **Q.**  What time do you -- do you usually arrive for

10   work in the morning?

11   **A.**  Around 7:55ish depending on traffic.

12   **Q.**  And is there anyone else in the -- in -- in the

13   shop typically when you -- when you arrive?

14   **A.**  Like, my shop?

15   **Q.**  Yes, in your -- in -- in your building.

16   **A.**  Yes.

17   **Q.**  So who -- who would those people be?

18   **A.**  For my particular building?

19   **Q.**  Yes.

20   **A.**  You need a name?

21   **Q.**  Well, first of all, how many?

22   **A.**  One.

23   **Q.**  One.

24       So, yeah, who is that person, what is that

25   person's name?

18

1   **A.**  Matt.

2   **Q.**  And what is -- what is Matt's job?

3   **A.**  He starts engines, too.

4   **Q.**  Does he have the -- the same job -- job

5   description that you do?

6   **A.**  Yes.

7   **Q.**  Are you -- strike that.

8       Is -- is one -- one of you in -- in charge?  In

9   other words, is one of you the supervisor of the

10  other?

11  **A.**  No.

12  **Q.**  Who is your immediate supervisor?

13  **A.**  I honestly don't know.

14  **Q.**  So what is the first thing you do when -- when

15  you arrive in the -- in -- in your shop building in

16  the morning?

17  **A.**  When I get in my -- my building, I turn

18  everything on, get changed and then start picking

19  and choosing what needs to be done.

20  **Q.**  And how do you go about choosing what needs to

21  be done?

22  **A.**  Whatever is in front, I guess, or, you know --

23  yeah, whatever is -- whatever is in front.

24  **Q.**  When you -- when you say "in front," what do

25  you -- what -- what are you referring to?

19

1    **A.**  I'm pretty busy.  So I can get three, four,

2    five, six, you know, engines and I put them in my

3    building, and if I start with one and more come, it

4    just builds and builds.  So I could have times 10,

5    12 to choose from.

6    **Q.**  And -- and where -- where are -- are the

7    engines that you're choosing from?

8    **A.**  Stored inside.

9    **Q.**  In the -- in the shop building?

10   **A.**  In the shop building.

11   **Q.**  So after you've decided which -- which engine

12   to start with, what -- what do you do then?

13   **A.**  Pull it out from its spot and start cleaning

14   up, taking all the hoses and wiring, cleaning -- you

15   know, cleaning it up.

16   **Q.**  So could -- I'm sorry.  Could you say again

17   what you do with the -- the wires and the -- and the

18   hoses?

19   **A.**  Because when they come out of the trucks, they

20   just cut the wiring from the cab and they just lay

21   it on the motor.  Well, we don't use the wiring.  So

22   I take the wiring off, I take all the unnecessary

23   hoses.  Pretty much what's unnecessary to be on it I

24   take off.

25   **Q.**  And then what do you do?

20

1  **A.**  Make sure it turns, check the oil.  If

2  everything checks out, there then I proceed to start

3  it.

4  **Q.**  How do you -- how do you check that it turns?

5  **A.**  I bar it over with a bar or pipe wrench and

6  manually turn it by hand.

7  **Q.**  And I -- I apologize because these are going

8  to sound -- these are going to be really simple

9  questions but I'm -- I'm -- I'm -- I'm not an

10  expert.  So when you say "it turns," what --

11  what's -- what's the "it," what are you -- what are

12  you talking about?

13  **A.**  Make sure the engine turns, make sure --

14  depending on you go from a barring on the clutch or

15  from the harmonic balancer, you turn it manually

16  easily and then you proceed.

17  **Q.**  And it's at that point that -- that you run --

18  that you run the engine?

19  **A.**  Yes.

20  **Q.**  So how do you do that?

21  **A.**  I take one of my harnesses off the wall that

22  I -- for that particular make of engine, hook fuel

23  to it, hook batteries to it, put my harness on it,

24  put an oil gauge on it, crank it over before I start

25  it and make sure it builds oil pressure.  If it then

21

1    builds oil pressure, then I proceed to actually

2    start the engine.

3    **Q.**  And how do you know which -- which harness to

4    use?

5    **A.**  I have them on a wall.

6    **Q.**  But how do you know which -- which harness goes

7    with which -- with -- with the engine in front of

8    you?

9    **A.**  Doing this 20 years, you know, you know which

10   harness to use.

11   **Q.**  So you're saying that there are -- there are

12   different -- different harnesses for --

13   **A.**  Yes.

14   **Q.**  -- for different makes of --

15   **A.**  Yes.

16   **Q.**  -- engine?

17   **A.**  Yes.

18   **Q.**  And you -- strike that.

19        Once -- have you -- when was the -- the last

20   time that you were -- that you were -- you were

21   stumped about -- about which harness to use and --

22   strike that.

23        When was the last time you had to, like, look

24   up, like, which -- which harness to use?

25   **A.**  Never.

1  **Q.**  You did -- you did a lot of the same stuff at

2  Akron -- Akron Medina that you do at --

3  **A.**  Yes.

4  **Q.**  -- Adelman's?

5      Was -- was there -- was there ever a time that

6  you didn't know straight off which -- which harness

7  went with which -- which engine when you worked

8  there?

9  **A.**  In the beginning working at Akron Medina, we

10  didn't have any harnesses.

11  **Q.**  Why -- why was that?

12  **A.**  Because at the time before me they didn't have

13  anybody that was capable of starting them.

14  **Q.**  So are -- are you saying that they -- that they

15  did get harnesses later?

16  **A.**  No.

17  **Q.**  So how did that -- how did that change the --

18  the process of -- of starting -- starting the

19  engine?

20  **A.**  Because I made the harnesses.

21  **Q.**  So they got the harnesses from you?

22  **A.**  Yes.

23  **Q.**  So, generally speaking, what are you -- what

24  are you looking for when you -- when you run the

25  engine?

23

1    **A.**  Can you try to be more specific?

2    **Q.**  Well, do you have a -- a -- strike that.

3         So earlier I believe you said that you were

4    making sure engines were qualified to be put in

5    stock.  What are the -- what -- what are the things

6    that you're looking for to make sure that it's

7    qualified to be put in stock?

8    **A.**  Good oil pressure, no smoke, no blowby, no

9    abnormal noises.

10   **Q.**  Have -- have -- have you ever run -- run an

11   engine that -- that didn't have good oil pressure?

12   **A.**  Yes.

13   **Q.**  So what do you -- what do you typically do when

14   that -- when that happens?

15   **A.**  I mark it to be drained and it gets over and it

16   gets drained.

17   **Q.**  What do you mean -- what do you mean mark it as

18   drained?

19   **A.**  Mark it -- mark -- I take it over to another

20   person to drain the oil out of it so it doesn't make

21   it -- doesn't -- doesn't qualify.

22   **Q.**  So when you say you take it to someone else, do

23   you -- are you the one who physically takes it over

24   to the -- to the person who is going to drain it?

25   **A.**  The majority of the time, yes.

24

1    **Q.**  So what would -- what -- what would typically

2    happen with the engine after -- after you've dropped

3    it off with that -- with that person?

4    **A.**  It usually gets picked up and taken to another

5    building.

6    **Q.**  Is there -- is -- is -- strike that.

7        Do you have to test the engine a second time

8    after the -- after the engine is drained?

9    **A.**  No.

10   **Q.**  What building would -- would the -- would the

11   engine be taken to after that?

12   **A.**  Can you be a little more specific on that?

13   **Q.**  Well, after the -- after the -- the engine is

14   drained, is it -- is it considered to be qualified

15   to be put in -- in stock?

16   **A.**  Like, in good stock, running stock?  No.

17   **Q.**  So -- so what is done then with those -- with

18   those engines that are not considered to be running

19   stock?

20   **A.**  Gets put with all the other nonqualified stock.

21   **Q.**  Is there a particular -- is there a particular

22   building or buildings where those -- where those

23   engines are -- are put?

24   **A.**  Can you be more -- more specific on that?

25   **Q.**  Is there -- is there a particular area at the

1    Adelman's site that's -- that's reserved for engines

2    that are not -- that are not running -- running

3    stock?

4    **A.**  Yes.

5    **Q.**  What is that area?

6    **A.**  Doesn't really have a name, it's just a place.

7    **Q.**  Is it in a building, is it outside?

8    **A.**  Yes to both.

9    **Q.**  But I'm guessing that most Adelman's employees

10   know what the area is for -- for those types of

11   engines that aren't -- that aren't running --

12   running stock -- stock?

13   **A.**  There's not very many employees dealing with

14   engines.

15   **Q.**  But everybody who -- who needed -- who needed

16   to know -- like, it's just kind of, like, customary

17   that certain engines -- engines that aren't

18   performing are placed in a -- in a certain area?

19   **A.**  Yes.

20   **Q.**  So if you -- if you ran an engine and -- well,

21   let me back up.

22       Have you ever -- have you ever started an

23   engine and it started to smoke?

24   **A.**  Define "smoke."

25   **Q.**  Well, let -- let -- let me ask you this:  What

26

1    are -- what are the different ways that an engine

2    can -- can smoke?

3    **A.**  Well, it's a diesel, they all smoke.

4    **Q.**  Is there a --

5    **A.**  I mean, if -- if it -- it smokes excessively,

6    then it's got an issue.

7    **Q.**  And you've been -- you've been doing this for

8    17 years, so you have a pretty good idea --

9    **A.**  Yes.

10   **Q.**  -- what excessive smoke is?

11   **A.**  Yes, I do.

12   **Q.**  So have you ever -- have you ever started

13   running an engine and it smoked excessively?

14   **A.**  Yes.

15   **Q.**  So what typically do you -- do you do then?

16   **A.**  I hook the computer up to it, see if it's a

17   sensor.  Since these engines nowadays are all

18   electronically controlled, a simple sensor can make

19   an engine run many different ways.  And if it can't

20   be easily fixed, then I put -- it doesn't make it in

21   stock because nobody wants a smoky engine.

22   **Q.**  Do you have -- do you have one computer that --

23   that you hook up to all the engines or do you have

24   to use different computers depending on --

25   **A.**  One computer just has a simple program.

27

1  **Q.**  And what would you do next if -- if the engine

2  continued to smoke excessively after that?

3  **A.**  I would run it a few more times seeing if it

4  could be a stuck injector, poor quality fuel.

5  **Q.**  Has there -- has there ever been a situation

6  where you couldn't -- you couldn't figure out what

7  was making the -- the engine smoke excessively?

8  **A.**  Can you repeat that?

9  **Q.**  Has -- has there ever -- has -- has -- strike

10  that.

11      Have you ever tested an engine that it smoked

12  excessively and you weren't able to determine --

13  **A.**  Yes.

14  **Q.**  -- why?

15  **A.**  Yes.

16  **Q.**  And when that happens, what -- what do you do

17  next?

18  **A.**  Goes over, gets drained, puts them with the

19  other engines.

20  **Q.**  Could you describe what you mean by "gets" --

21  "gets drained"

22  **A.**  Oil gets drained out of it.

23  **Q.**  Do you know what happens to the engine after

24  that?

25  **A.**  Somebody picks it up and it goes over to where

1   all the other engines are.

2   **Q.**  The place that we were talking --

3   **A.**  Yes.

4   **Q.**  -- a few minutes ago?

5       Have you ever run an engine and the engine made

6   abnormal noises?

7   **A.**  Yes.

8   **Q.**  So what would you do then?

9   **A.**  Stop immediately, take it over to get drained.

10  **Q.**  Is there -- is there ever a -- a situation

11  where you can -- you can fix the -- the abnormal

12  noise?

13  **A.**  Can you be more specific?

14  **Q.**  Is it -- is it -- is it always the case that

15  when -- when you hear an abnormal noise you send it

16  over to be drained or is -- are there -- are there

17  times when you're able to -- you or someone else is

18  able to -- to fix what's causing the abnormal noise?

19  **A.**  Yes.

20  **Q.**  Do you mean yes there -- there are times that

21  you're able to -- to fix it or -- I'm sorry.  I -- I

22  gave you both options when I asked the question, so

23  which one is --

24  **A.**  Okay.

25  **Q.**  I'll -- let me -- I'll -- I'll start over

1    because I didn't do a very good job with that.

2        When you -- when you hear an engine making an

3    abnormal noise, do you always take it over to -- to

4    be drained?

5    **A.**  Define "noise."

6    **Q.**  Well, let me ask you this:  What -- what kinds

7    of -- of noises would you consider to be abnormal

8    since you said abnormal noises would be one thing

9    that you were looking for when you ran an engine?

10   **A.**  It has a rod knock, that's -- that's not

11   repairable.  If it has a miss, that's pretty much as

12   far as we go.  Any other abnormal noises we don't

13   dig into.

14   **Q.**  Could -- could you help me out by explaining a

15   little bit about what a "rod knock" is?

16   **A.**  A rod knock is when a bearing goes out and it

17   gets loose.

18   **Q.**  And you said that's -- that's non-repairable?

19   **A.**  At our standpoint, no, it's non-repairable.

20   **Q.**  I'm sorry.  Let -- let me ask it a different

21   way.  Are -- are you saying that that can be

22   repaired or cannot be repaired?

23   **A.**  Well, we don't dig into it.  So I -- I don't

24   know.

25   **Q.**  So when you say "we" -- "we don't dig into it,"

30

1  are you just saying you -- you and Matt or are you

2  saying nobody at Adelman's?

3  **A.**  Nobody on the premises goes into these engines.

4  **Q.**  So you -- you referred to something called a

5  "miss," I believe.  Can -- can you explain what

6  that -- what that is?

7  **A.**  A miss is when an injector is not firing.

8  **Q.**  And does anyone at Adelman's make -- make an

9  attempt to repair those -- those sorts of problems?

10  **A.**  On occasion.

11  **Q.**  But would you say -- well, strike that.

12      Is that an exception or is it -- or is it

13  the -- the rule that -- that someone would try to --

14  to fix those things?

15  **A.**  Can you be more specific?

16  **Q.**  You said that someone at Adelman's might try to

17  fix an injector not firing on occasion.  So what I'm

18  asking is:  Is that -- is that an -- an uncommon

19  occurrence?

20  **A.**  You mean does it happen a lot or not a lot?

21  **Q.**  Right.  Does it -- does it happen a lot or --

22  or --

23  **A.**  No.

24  **Q.**  -- not a lot, that's what I'm asking.

25  **A.**  No, it doesn't happen a lot.

1   **Q.**  And are there any other kinds of noises that

2   you would consider abnormal that would -- that would

3   cause you to send -- send the engine to be -- to be

4   drained?

5   **A.**  Yes.

6   **Q.**  For -- for example?

7   **A.**  Popping coming out of the intake or exhaust.

8   **Q.**  What usually causes that?

9   **A.**  A bad valve.

10  **Q.**  Are there any other examples you can think of?

11  **A.**  No.

12  **Q.**  Are there certain types of noises that an

13  engine makes that you consider abnormal but

14  wouldn't -- wouldn't cause you to -- to send it

15  to -- to be drained?

16  **A.**  Can you repeat that?

17  **Q.**  I'll try.

18      I believe earlier you said that there were --

19  there were certain types of -- of noises that you

20  wouldn't -- you wouldn't look into further.  Strike

21  that.

22      Well, are -- are there other -- are there other

23  noises that you would consider to be abnormal that

24  we haven't -- we haven't discussed so far?

25  **A.**  No.

1   **Q.**   Do you know what happens to the -- to the

2   engines after they're -- they're drained and then

3   when -- after they're -- they're put in the area

4   designated for engines that aren't working stock?

5   **A.**   No.

6   **Q.**   And if you -- if you run an engine and

7   everything seems to you to be working fine, what

8   happens then?

9   **A.**   Shut it down, let it cool, move on to another

10   motor I'll work on, hour or two later start it back

11   up.

12   **Q.**   Why do you do that?

13   **A.**   Double-check that it passes.

14   **Q.**   And if everything seems to be working fine

15   after -- after that -- that double-check, what

16   happens then?

17   **A.**   Let it cool down, if I'm not backed up, wait

18   another hour or two, start it one more time.

19   **Q.**   So you test it three times?

20   **A.**   As long as I'm not swamped, yes, I typically

21   start every engine three times.

22   **Q.**   What's -- what -- what's on your -- your desk

23   in -- in the -- in the shop building?

24   **A.**   My desk?

25   **Q.**   Mm-hmm.

1   **A.**  Microwave, refrigerator, phone, notepad and

2   pens.

3   **Q.**  You said "pad and pens"?

4   **A.**  Yeah.

5   **Q.**  Do you have a computer at work?

6   **A.**  Yes.

7   **Q.**  Is that on your desk?

8   **A.**  No.

9   **Q.**  Where -- where is that?

10  **A.**  It's over on the bench -- workbench.

11  **Q.**  Is this a -- is -- is this a regular desktop

12  computer or is this the computer that you hook up to

13  engines?

14  **A.**  It's a regular computer I hook up to the

15  engines.

16  **Q.**  I'm sorry?

17  **A.**  It's -- what you mean, like, laptop or a

18  specific computer for engines?

19  **Q.**  Well, let me ask you this:  Does -- does it --

20  does it resemble the -- the kind of desktop computer

21  that, you know, would be familiar to most people

22  with a keyboard and --

23  **A.**  Oh, yes.

24  **Q.**  -- processing unit?

25      And that's the computer that you hook up to the

34

1   engines, or not?

2   **A.**   Yes.

3   **Q.**   And I think you said earlier that you -- that

4   you have, you know, a certain software --

5   **A.**   Just --

6   **Q.**   -- program?

7   **A.**   Just a simple -- a simple program.

8   **Q.**   Do you use the computer for anything else

9   besides that?

10  **A.**   Listen to music.

11  **Q.**   Anything -- anything besides hooking it up to

12  engines or listening to music?

13  **A.**   No.

14  **Q.**   Do you send or receive email on the computer?

15  **A.**   The only thing I send is reports of the engines

16  to the salesmens.

17  **Q.**   And is that -- do you file a separate report on

18  each engine or is it more like -- or is it like a --

19  like a daily report or something else?

20  **A.**   Each -- each engine has its own file.  So I

21  send separate files.

22  **Q.**   What would be in the -- in the report typically

23  for an engine?

24  **A.**   Typically oil pressure, mileage, serial number,

25  VIN number occasionally.

1   Q.  How do you -- how do you know what the mileage
2   is?
3   A.  Because it says right there on the program, it
4   will say "mileage."
5   Q.  And you -- you submit that in -- in the form of
6   an email or do you -- or how do you -- how do you do
7   that?  That -- that's what I thought I heard, but
8   I'm -- I'm -- could be wrong.
9   A.  I guess it would be email.  I'm not very, like,
10  computer savvy.
11  Q.  I understand.  I'm -- I'm not either.
12      I guess what -- what I'm asking is do you -- do
13  you have to -- well, first of all, do you have to
14  type in, like -- like -- like, an email address to
15  someone that you're sending it to?
16  A.  The way I do it is I go over to mail, put in
17  the salesman's name, put in the files, push send and
18  it goes to them and that's it.
19  Q.  Do -- is -- is there -- is there a certain kind
20  of form that you just fill in the blanks to or do
21  you just kind of, like, type up each -- each report
22  from scratch?
23  A.  No, when I bring up the program, whatever it
24  says -- whatever the computer says, that's what --
25  that's what that is.  I cannot go in there.  I can't

36

1   change nothing.

2       So when I send a report, I tell a short thing

3   saying the motor, horsepower and then send it.

4   **Q.**  Okay.  I just want to make sure I understand

5   what you're saying.  So are -- are you saying that

6   the -- the computer program that's used to interface

7   with the engine automatically fills in information?

8   **A.**  No.  What the --

9   **Q.**  Okay.

10  **A.**  What the --

11  **Q.**  I didn't understand then.

12  **A.**  No.  What I'm seeing on the screen --

13  **Q.**  Mm-hmm.

14  **A.**  -- is what the computer is giving me.  So the

15  oil pressure, that's what the oil pressure sending

16  unit is sending to the computer which is then

17  sending to me that I can see.  So I can't -- I can't

18  change nothing.  What I see, what we get is what the

19  engine is giving me.

20  **Q.**  Okay.  I think I understand.

21      Do you know -- do you know what the name of

22  the -- of the program is that works with the -- the

23  engines?

24  **A.**  Only thing I know is the unit says DG5 and

25  that's it.

37

1   **Q.** "DG5," is that the name of the -- of the

2   computer or --

3   **A.** That's the -- the name of the software.

4   **Q.** Okay.

5       **MR. ADELMAN:** Can we take a break?  I

6   have to go to the bathroom.

7       **MR. MILLER:** Yeah, of course.  Ten

8   minutes?

9       **MR. ADELMAN:** At the most.

10      **THE VIDEOGRAPHER:** We're off the record.

11      (Thereupon, a recess was taken.)

12      **THE VIDEOGRAPHER:** We're back on the record.

13  **BY MR. MILLER:**

14  **Q.** Mr. Ives, earlier I showed you what had been

15  marked as Defendant's Exhibit 1 and I asked you if

16  you had ever seen it before, and I believe you said

17  you hadn't; is that -- is that correct?

18  **A.** Yes.

19  **Q.** How did you -- how did you find out that you

20  had to come endure this deposition?

21  **A.** I was told.

22  **Q.** Who told you?

23  **A.** Carl.

24  **Q.** And how -- how did -- well, first of all, by --

25  when -- when you say "Carl," you're referring to

1  Carl Adelman?

2  **A.**  Yes.

3  **Q.**  And he's your -- he's your boss?

4  **A.**  Yes.

5  **Q.**  And how -- how did he tell you, was it in

6  person or was it over the phone?  Just, like,

7  generally how -- how did that happen?

8  **A.**  In person.

9  **Q.**  And do you remember when that was?

10 **A.**  I don't know.  I -- I don't know.

11 **Q.**  Did -- did it happen at Adelman's, at work?

12 **A.**  Yes.

13 **Q.**  Do you remember -- do you remember where it

14 happened at -- at work?

15 **A.**  No.

16 **Q.**  And did you -- strike that.

17     I'm not -- so -- I'm -- I'm not asking you what

18 you talked about, if anything, but did you -- did

19 you at any point talk to Mr. Rambacher about --

20 about this deposition?  Let me strike that.

21     Before -- before 10 a.m. this morning, did

22 you -- did you ever speak to Mr. Rambacher about

23 your testimony today?

24 **A.**  Can you be more specific?

25 **Q.**  I'm just wondering -- without -- without

1    telling me the contents of the conversation, I'm

2    just wondering if you've had a conversation with

3    John Rambacher about the deposition before today.

4    **A.**  No.

5    **Q.**  And, again, without telling me what you would

6    have talked about, did you -- did you talk about

7    this deposition with an attorney named Mike

8    Kahlenberg before today?

9    **A.**  No.

10   **Q.**  Is there anyone else that you talked about the

11   deposition with that we haven't -- that we haven't

12   mentioned?

13   **A.**  No.

14   **Q.**  Did you -- did you discuss it at all with Matt,

15   the other person who works in the -- in -- in the

16   shop with you?

17   **A.**  No.

18   **Q.**  And how many times did you -- did you talk

19   about the deposition with Mr. Adelman before today?

20   **A.**  None.

21   **Q.**  Well, you just said that Mr. Adelman was the

22   one who told you about the -- the deposition; is

23   that -- is that correct?

24   **A.**  Yes, that one and only time.

25   **Q.**  And what did you -- what did you discuss

40

1    when -- when he told you about the deposition?

2    **A.**   Just told me to be at work at 7:30.

3    **Q.**   So you mean he said to just show up at your

4    regular place of work at 7:30 this -- this morning,

5    is that --

6    **A.**   Yes.

7    **Q.**   And what did you -- what did you look at,

8    either papers or records on a computer, to get ready

9    for -- for this deposition?

10   **A.**   None.

11   **Q.**   On average about -- about how many -- how many

12   engines do you -- do you run every day?

13   **A.**   About four or five.

14   **Q.**   If I had to guess, how many -- how many

15   engines -- if you had to guess a range, how many --

16   how many engines do you think you've run since

17   you've -- you've worked for Adelman's Truck Parts?

18   **A.**   Hundreds into the thousands.  A lot.

19   **Q.**   If you -- if you count your previous job at

20   Akron Medina, what -- what do you believe the range

21   would be of -- of engines that you've -- that you

22   have run in your lifetime?

23   **A.**   Thousands.

24   **Q.**   Do you think more than -- more than ten

25   thousand?

1   **A.**  No.

2   **Q.**  More than 5,000?

3   **A.**  No.

4   **Q.**  Do particular motors stand out to you in other

5   ways?  So, for instance, can you remember specific

6   motors that you tested, you know, two or three years

7   ago?

8   **A.**  No.

9   **Q.**  Could you remember a specific motor that you

10   tested about a year ago?

11   **A.**  No.

12   **Q.**  Do you -- do you know who Don Jones is?

13   **A.**  No.

14   **Q.**  Do you know anything about the engine that he

15   purchased from -- from Adelman's Truck Parts?

16   **A.**  No.

17   **Q.**  How many -- how many salespeople are there at

18   Adelman's?

19   **A.**  I don't know.

20   **Q.**  Would you say -- well, could you -- could you

21   give a range that you believe would be a good

22   estimate?

23   **A.**  Can you be more specific on, like, salespeople?

24   **Q.**  Well, what -- how many -- how many different

25   kinds of salespeople are there at -- at Adelman's?

42

1    **A.**  Well, there's various parts to a truck.  So

2    there's various salesmen.

3    **Q.**  Okay.  Well, if you included all the -- all the

4    people who -- whose job is to sell all of those

5    various parts of the trucks, about how many of those

6    people would there be?

7    **A.**  I honestly don't know.

8    **Q.**  Is it more than ten?

9    **A.**  I don't know.

10   **Q.**  Is it more than five?

11   **A.**  I don't know.

12   **Q.**  When you -- you send a report about an engine,

13   can you see the -- the name of the -- of the

14   salesperson that it's being sent to?

15   **A.**  Yes.

16   **Q.**  So how many -- how many different people

17   have -- have you sent reports on engines to?

18   **A.**  Two.

19   **Q.**  Two.

20        What are the names of those people?

21   **A.**  Bill and Brian.

22   **Q.**  And is Bill, Bill Betz?

23        **MR. ADELMAN:**    That's his last name.

24        **THE WITNESS:**    I guess.  I don't know

25   his last name.  I guess.

1          **MR. ADELMAN:**      Yes.

2     **BY MR. MILLER:**

3     **Q.**  I just want to make sure I understand what you

4     said before.  Did you say that before you hit the

5     send or submit button that you have the opportunity

6     to type in notes into the report?

7     **A.**  No, not -- not in the report.  When I make the

8     report, I make, like, a name.  So when I send that

9     file, it's the name of -- of whatever I start.  It's

10    just -- it's just naming that file.  I don't do

11    anything actually in that file.  I cannot touch

12    the -- the -- the information I got off the

13    computer.  The computer is -- what is there is what

14    I got.

15    **Q.**  So are you saying that the -- the file that's

16    generated by the program is an attachment to an

17    email?

18    **A.**  Again, I'm not computer savvy.  I was just

19    shown how to do it.

20    **Q.**  But is -- is -- is there -- do -- do you --

21    strike that.

22         Have you ever -- have you ever typed -- typed a

23    note about -- about an engine?

24    **A.**  Can you be more specific?

25    **Q.**  Well, have you ever -- have you ever typed

1   anything about an -- an -- an engine while you were

2   working for Adelman's Truck Parts?

3   **A.**   I'm sorry.  What was the question again?

4   **Q.**   Have you ever -- well, while you've been an

5   employee of Adelman's Truck Parts, have you ever --

6   have you ever typed anything having to do with an

7   engine that you had run?

8   **A.**   Only thing I normally type in is if I get the

9   engine and the -- when it comes down to it, when the

10  engine has a different computer on it, I always let

11  them know that the computer is not original to the

12  engine.

13  **Q.**   So where -- where -- where would you type that?

14  **A.**   Right below in parentheses saying "computer is

15  not original."

16  **Q.**   Are you saying that -- that you type "computer

17  not original" in parentheses?

18  **A.**   Yes.

19  **Q.**   And you're typing it below something, but what

20  is it below?

21  **A.**   It's -- when I make my report out, I type in --

22  you know, let's say, 99 N 14 550 horse with Jakes,

23  CPL number, serial number.  If the computer is a

24  reman or not original to that engine, I put in there

25  in parentheses "not original computer."

45

1   **Q.** So you -- you type in the -- the other

2   information that you -- you just mentioned in the

3   report?

4   **A.** Yes, the serial number and stuff that's

5   original with the engine, if it does not match the

6   computer, what's originally on that engine original,

7   I type in, and then in parentheses saying "not

8   original computer" so they don't get mixed up.

9   **Q.** Do you have -- do you have a Adelman's email

10  address?

11  **A.** Do I specifically?

12  **Q.** Yeah, do -- do you have -- do you have a -- an

13  email address that's provided by your employer that

14  you use for business purposes?

15  **A.** No.

16  **Q.** Is there -- is there a shared Adelman's email

17  address that you sometimes use?

18  **A.** I don't know.

19  **Q.** Well, do you use email at all with anything

20  having to do with your job?

21  **A.** I have never sent an email in my life.

22  **Q.** What do you -- when you're -- when you're

23  running an engine, what -- what do you routinely

24  have with you?  Are there, like, certain tools that

25  you -- that you need?  I mean, what -- what -- what

46

1   do you have and, like, what -- what do you use while

2   you're doing it?

3   **A.**  While running it?

4   **Q.**  Yes.

5   **A.**  The only tool I use while I'm running it is the

6   computer.

7   **Q.**  Are there other tools that you -- that you use

8   to get the engine ready to run?

9   **A.**  Well, of course.  You know, you have -- have to

10  put fuel lines and power.

11  **Q.**  So -- so what are -- what are the -- what are

12  the tools then that you would have to use?

13  **A.**  Well, it's different for each motor.  You know,

14  Cummins uses one tool, Cat uses another tool, small

15  Cat uses a certain amount of tools, big Cat.

16  **Q.**  If you were going -- going to -- if it was

17  going to be Caterpillar or C7 motor, what kind of

18  tool would you use?

19  **A.**  Crescent wrench for fuel lines, three-quarter

20  socket for battery cables, a 5/32 Allen wrench for

21  the plug.

22  **Q.**  And do you -- do you have a pad and paper to,

23  like, make notes on the -- on -- on the -- on the

24  work that you're doing?

25  **A.**  I write down the serial number and stuff and

47

1    verify it on a computer.

2    **Q.**  What do you mean "verify"?

3    **A.**  And see -- every engine from factory has serial

4    numbers on the engine and serial numbers in the

5    computer.

6    **Q.**  So they -- do they always match?

7    **A.**  The majority of them -- majority of them always

8    match, yeah.

9    **Q.**  If it didn't match, what would that -- well,

10   strike that.

11       What -- what would you do if they didn't match?

12   **A.**  I would -- if the engine ran just fine and

13   everything checked out, I would mark it good, just

14   not original computer.

15   **Q.**  Do you -- you usually know where the -- the

16   engine that you're running has come from?

17   **A.**  Can you be more specific?

18   **Q.**  Well, it's -- Adelman's doesn't -- doesn't

19   manufacture engines themselves, right?

20   **A.**  No.

21   **Q.**  It -- it purchases engines or entire vehicles

22   from other sources?

23   **A.**  Yes.

24   **Q.**  Do you usually know what the sources are that

25   they bought, you know, the engine or the vehicle

1   that it --

2   **A.**   No.

3   **Q.**   Who -- who would know that at Adelman's?

4   **A.**   I don't know.

5   **Q.**   Is there -- is there a person who is in charge

6   of obtaining -- obtaining vehicles and -- and

7   vehicle parts?

8   **A.**   That I don't know.

9   **Q.**   Do you know anybody who has anything to do with

10  obtaining engines or -- or engine parts?

11  **A.**   I don't know.

12  **Q.**   How many people did -- did you say worked --

13  worked at the location that -- that you work at?  I

14  guess, let me -- I'll -- I'll -- I'll say why I'm

15  phrasing it that way.

16      I -- I know that there's -- I -- I -- I know

17  that Adelman's has a location in Chicago.  So what

18  I'm -- what I'm saying is I'm not asking you for the

19  total number employees, I'm just asking for, like,

20  the number of employees who are generally around the

21  location where you work.

22  **A.**   I don't know.

23  **Q.**   Is there a break room or lunchroom or -- or

24  anything like that, like a -- like a space for

25  employees to take a break --

1   **A.**   Yeah.

2   **Q.**   -- take a lunch?

3   **A.**   Yes.

4   **Q.**   And do the -- do the employees generally get

5   along?  Is there a good rapport between --

6   **A.**   Yeah, we all -- we all get along.

7   **Q.**   Do you -- do you talk about your jobs at all?

8   **A.**   No.

9   **Q.**   What do you talk about?

10  **A.**   Everything and anything, football, politics,

11  wives, girlfriends.

12  **Q.**   But do you generally know what the jobs are of

13  the -- of the people that you're -- that you're

14  meeting with in the lunchroom or break room?

15  **A.**   I personally eat in my building.  So I don't

16  really mingle with people in the break room.

17  **Q.**   How often is -- is Mr. Adelman in the room

18  while you're -- while you're running an engine?

19  **A.**   He pops in occasionally.

20  **Q.**   When you say "occasionally," do you mean more

21  like once -- once a week, once a month on average?

22  **A.**   In honesty, I don't pay attention; I don't

23  know.

24  **Q.**   You don't pay attention whether your boss is

25  around or not?

50

1  **A.**  Well, yeah, I pay attention when the boss is

2  around, but, you know, I'm not going to be, like --

3  you know, stops in and sees what I'm doing.

4  **Q.**  So when he stops in, it's usually for short

5  amounts of time or long amounts of time?

6  **A.**  Varies.  You know, I might have a question on a

7  particular engine.

8  **Q.**  How often are any of the salespeople present

9  when you run an engine?

10  **A.**  Again, it varies.

11  **Q.**  Is it every day?

12  **A.**  Depends on how busy we are.

13  **Q.**  How would -- how would how busy you are affect

14  it?  If -- if you were more busy, would that make it

15  more likely or less likely?

16  **A.**  Less likely because they're busy taking calls.

17  **Q.**  Do you see -- the two -- the two salespeople

18  that you mentioned earlier, do you see them every

19  day?

20  **A.**  Yes.

21  **Q.**  Is that usually in the shop building where you

22  work or somewhere else?

23  **A.**  Again, it can vary.

24  **Q.**  Well, what are the other places where it

25  could -- it could happen?

51

1    **A.**  They could be looking at a motor in the

2    building next door to me, I could be walking over to

3    the bathroom, get supplies.  Various -- various

4    ways.

5    **Q.**  And do you see Mr. Adelman every day?

6    **A.**  No.

7    **Q.**  If you see Mr. Adelman, is it -- is it always

8    in the shop building where -- where you work?

9    **A.**  No.  Again, it could be anywhere on the -- on

10   the premises.

11   **Q.**  You mentioned, I think, before that sometimes

12   you might have a question about a specific engine

13   that you might talk to Mr. Adelman about.

14   **A.**  Mm-hmm.

15   **Q.**  When that happens, do you -- do you call Mr. --

16   Mr. Adelman to -- to say what your question is?

17   **A.**  Yes.

18   **Q.**  And then do you usually talk about it on the

19   phone or -- or in person later?

20   **A.**  Yes to both.

21   **Q.**  How often does that happen?

22   **A.**  Again, it varies.

23   **Q.**  How many times has it happened in the last

24   week?

25   **A.**  None.

52

1   **Q.**  How many times has it happened in the last
2   month?
3   **A.**  Maybe twice.
4   **Q.**  How many times has Mr. Adelman been in the shop
5   building while you were running an engine in the
6   past week?
7   **A.**  None.
8   **Q.**  How many times in the past month?
9   **A.**  Once.
10  **Q.**  How many -- how many times since -- let's say,
11  June 1st, just, like, during -- during the summer
12  and up till -- up till now, how many times has that
13  happened?
14  **A.**  What?
15  **Q.**  That Mr. Adelman was in the shop building while
16  you were running an engine.
17  **A.**  Since June?  I don't know.
18  **Q.**  So I just want to make sure I understood
19  something you said earlier.  You -- you said that
20  the computer program that works with the -- the
21  engines tells you what the -- what the oil pressure
22  is?
23  **A.**  On the majority of them, yes.
24  **Q.**  And you said it -- it gives you the mileage?
25  **A.**  Yes.

53

1    **Q.**  And the serial number?

2    **A.**  Serial number on -- on that program on that

3    computer, yes.

4    **Q.**  And it contains the VIN number for the vehicle?

5    **A.**  Yes.

6    **Q.**  Is there any other information that it

7    contains?

8    **A.**  No.

9    **Q.**  Do you ever -- you will have to forgive me

10   since I -- I -- I don't really know what terms to --

11   to use, but do you ever -- do you ever open -- open

12   up an engine at all, look at its -- you know, take

13   apart, put back together?

14   **A.**  No.

15   **Q.**  Have you ever had to look for -- well, strike

16   that.

17       After -- after you're done testing an engine,

18   one -- one way or the other it -- it leaves your --

19   your -- your shop --

20   **A.**  Yes.

21   **Q.**  -- building?

22       Have you ever had to look for an engine that

23   you had previously tested for any reason?

24   **A.**  Be more specific.

25   **Q.**  Well, I'll try to rephrase it.

54

1      I'm just asking -- you know, the -- the engine

2   kind of like moves -- moves out of -- out of your

3   shop building.

4   **A.**  Yeah.

5   **Q.**  Have you ever needed to find or look at one of

6   those engines after that for any -- for any reason?

7   **A.**  The good or the bad ones?

8   **Q.**  Let's start with the bad ones.

9   **A.**  The bad ones go to the core area and the good

10  ones I put in stock.

11  **Q.**  So have you ever -- have you ever had to --

12  to -- to find one of the good ones that you had

13  previously tested for any reason?

14  **A.**  Well, yeah.

15  **Q.**  What would -- what would be the reason -- some

16  of the reasons?

17  **A.**  If it's been on the shelf for a particular

18  amount of time, take it back down, start it, make

19  sure everything is good.

20  **Q.**  How would you -- how would you know that it's

21  been sitting on the -- on the shelf for -- for a

22  long time?

23  **A.**  Typically they are dated when they're ran.

24  **Q.**  What do you mean -- what do you mean "dated"?

25  **A.**  Dated.  The day that they were started, you

1    mark the date, you know, check it okay, put it in

2    stock.

3    **Q.**  And what are you -- what are you marking

4    exactly?

5    **A.**  I mark on the fan.

6    **Q.**  I'm sorry?

7    **A.**  I mark -- I write on the fan -- fan blade.

8    **Q.**  So you -- you make a note of the -- of the date

9    that you tested it --

10   **A.**  Yes.

11   **Q.**  -- on the fan blade?

12   **A.**  Yes.

13   **Q.**  So -- but how do you -- how do you know --

14   how -- how do you know that that -- an engine has

15   been -- has been sitting on -- on -- on the shelf,

16   though?  How do you know it's time to go retest?

17   **A.**  Well, if it gets sold, we rerun it.  After --

18   if it sits a period of time, we bring it back down

19   to make sure, you know, nothing is wrong with it

20   still and ship it out, or if a customer comes and

21   wants to hear it in person, then we take it down and

22   start it in front of them.

23   **Q.**  So does -- are -- are you -- are you contacted

24   every time someone -- someone buys a -- an engine?

25   **A.**  Be more specific.

56

1  **Q.**  Do -- do you retest every -- every engine that

2  is sold?

3  **A.**  No.

4  **Q.**  If -- in those situations where are going

5  to retest it, how do you -- how do you know that you

6  have to do that?

7  **A.**  Well, the salesman either brings the engine

8  back to us or get ahold of us, say, "Hey, you've got

9  to get this motor down, retest it, make sure

10  everything is good and get it to shipping."

11  **Q.**  How -- and how would -- how would the

12  salesperson identify the motor if the salesperson

13  said that you have to -- you have to take this motor

14  down and look at it?

15  **A.**  Well, it's either -- either one of the two or

16  me.

17  **Q.**  But what I'm saying is how -- how -- how would

18  the salesperson tell you which motor it was?

19  **A.**  Well, through the serial number, or in some

20  cases with engines that don't have serial numbers,

21  they just put their own mark on there.

22  **Q.**  And then once you know the serial number, what

23  do you -- what do you do then?

24  **A.**  I go grab it and start it.

25  **Q.**  Do you check every -- every engine until you

57

1    find the -- the engine with the -- with the correct

2    serial number?

3    **A.**  Yes.

4    **Q.**  How many engines are there typically in -- in

5    inventory?

6    **A.**  Hundreds.

7    **Q.**  So you physically -- you physically start

8    checking each engine for the -- for the serial

9    number that matches?

10   **A.**  Each engine has -- each engine make has its own

11   specific area.

12   **Q.**  Okay.  But is that -- my question is still are

13   you -- are you physically -- are you physically

14   checking the engines themselves for the -- for the

15   serial numbers?

16   **A.**  Are you talking serial on the engine or what

17   was written on the engine?

18   **Q.**  Well, let's -- let's take a step back.  How

19   many -- how many different buildings are there where

20   the -- the -- the engines that are working, working

21   stock stored, how many different -- how many

22   different buildings are there?

23   **A.**  Three.

24   **Q.**  And just off the top of your head, about --

25   about how many different makes of -- of engines do

1   you -- do you usually have on hand, approximately?

2   **A.**  I don't know.

3   **Q.**  I mean, is it more than 20?

4   **A.**  No.

5   **Q.**  Well, let me ask you this:  Generally speaking,

6   what -- what's the make of engine that Adelman's has

7   the greatest -- greatest number of?

8   **A.**  That can vary.

9   **Q.**  So what are -- what are some of the

10  possibilities?  Is it sometimes Caterpillar motors?

11  **A.**  It can be.  Some -- it has its varieties.

12  **Q.**  Well, if -- during those times when Caterpillar

13  was the most common make of -- make of engine that

14  Adelman's has on hand, I mean, how many engines are

15  we talking about, hundreds?

16  **A.**  For one specific make you mean?

17  **Q.**  Yeah.

18  **A.**  Can you specify sizewise?

19  **Q.**  Well, let's say Caterpillar C7 motors.

20  **A.**  C7s are a hot -- hot engine.  They don't stay

21  very long.

22  **Q.**  Well, let me ask you this:  How many --

23  about -- about how many do you have on hand and, you

24  know, you would consider working stock right now?

25  **A.**  Don't know.

59

1  **Q.**  Is it more than a hundred?

2  **A.**  No.

3  **Q.**  More than 50?

4  **A.**  No.

5  **Q.**  More than 20?

6  **A.**  No.

7  **Q.**  More than five?

8  **A.**  That I don't know.

9  **Q.**  How many have you run in the past month or so?

10  **A.**  I don't know.

11      THE VIDEOGRAPHER:May I change the media in

12  the next couple of minutes?

13      **MR. MILLER:**    Why don't we just go off

14  the record for now.

15      **THE VIDEOGRAPHER:**We're off the record.

16      (Thereupon, a recess was taken.)

17      **THE VIDEOGRAPHER:**We're back on the record.

18  **BY MR. MILLER:**

19  **Q.**  So, Mr. Ives, you said that one of the things

20  that you are looking at when you run an engine is

21  oil pressure?

22  **A.**  Yes.

23  **Q.**  And you -- you get that from the -- the

24  computer program --

25  **A.**  Yes.

60

1    **Q.**  -- at work?

2        And what -- what are you looking for?  I mean,

3    what -- what is -- what -- what number is good oil

4    pressure and what number is bad oil pressure?

5    **A.**  Again, that varies from engine make, size.  It

6    varies.

7    **Q.**  Do you have -- have memorized what the -- what

8    the different oil pressures -- ideal oil pressures

9    are or do you have -- do you have to consult

10   something?

11   **A.**  No, I know what is considered -- considered

12   good oil pressure.

13   **Q.**  I've got to be honest, I'm -- I don't even know

14   what -- what units oil pressure is -- is measured

15   in.

16   **A.**  It's measured in PSI.

17   **Q.**  "PSI," what does that mean?

18   **A.**  Pounds per square inch.

19   **Q.**  So what's -- what -- what's -- what's the

20   range?  So I -- I understand you just said that

21   good oil pressure is different for each engine, but

22   what -- what's the range if you take into account

23   all the -- all the engines you normally --

24   **A.**  Again, it varies.

25   **Q.**  Well, what's the --

61

1   **A.**  You would have to be -- to be truthful, you

2   have to be specific on a specific motor.

3   **Q.**  Well, I'm just trying to -- to get a general --

4   a -- a general range just so I can -- I know enough

5   to talk about it.  So is this -- is this, like,

6   measured in the thousands, is it -- I just don't

7   know.

8      I mean, let -- let -- let -- let me ask you

9   this:  Well, what's the -- what's the normal oil

10  pressure for a Caterpillar engine?

11  **A.**  Can you be more specific?

12  **Q.**  I can, but first let me just ask you a

13  follow-up to that:  Are you saying that different

14  Caterpillar engines have different normal oil

15  pressures?

16  **A.**  Yes.

17  **Q.**  So what's the normal oil pressure for a

18  Caterpillar C7 engine?

19  **A.**  About 50-55.

20  **Q.**  Fifty, fifty-five?

21  **A.**  Yeah.

22  **Q.**  So what's the -- what's, like, the acceptable

23  range then, or does it have to be exactly 50-55 or

24  is there -- is there a range?

25  **A.**  Can you repeat that?

62

1    **Q.**  Well, if the -- if the computer tells you that

2    the oil pressure of a Caterpillar C7 engine is

3    50-54, does that -- what -- what does that mean?

4    **A.**  That means oil pressure is fine on it.

5    **Q.**  So what's the lowest -- lowest number that you

6    would consider to be fine?

7    **A.**  I would say about 45.  Anything lower than that

8    I would start questioning it.

9    **Q.**  So I apologize again, but do you mean 50 --

10   50-54?

11   **A.**  Between 45 and 55, anything lower than 45

12   I would start questioning it.

13   **Q.**  I understand.

14       What's the -- what's the highest number that

15   you would -- you would think would be acceptable?

16   **A.**  I mean, I've seen them at, like, 60 -- 60

17   pounds, but that's on a very, very, very low mileage

18   engine.  That's pretty much peak right there.

19   Anything even higher than that, which I've never

20   seen, again would be questionable.

21   **Q.**  So you're saying that the oil pressure

22   decreases a little bit as the -- the more the engine

23   is used?

24   **A.**  As -- as more as it's used, yes.

25   **Q.**  So do all Caterpillar C7 engines have that same

1   range of about 4,500 to 6,000?

2   **A.**   No.

3          **MR. RAMBACHER:**          Objection.  I --

4   **BY MR. MILLER:**

5   **Q.**   You can answer.

6   **A.**   I was going to say it's 45 PSI and 60 PSI.

7   **Q.**   Okay.  I'm sorry.

8        So is that -- is that the normal range for --

9   for every Caterpillar C7 engine?

10  **A.**   Can you be more specific?

11  **Q.**   Well, you said -- you said before that anything

12  below 4,500 would concern you --

13  **A.**   Yes.

14  **Q.**   -- in a Caterpillar C7?

15       And you said that it would be extremely

16  unlikely to see greater than 60 PSI?

17  **A.**   Yes.

18  **Q.**   So -- and you said that 55 is the -- well,

19  I'm not exactly sure the exact word you used.  You

20  said -- you said that -- is that -- is that average

21  55 or --

22  **A.**   Fifty, fifty-five, in that range.

23  **Q.**   I see, yeah.  I apologize.

24       So all those -- all those numbers that we just

25  went through, do those -- do those apply to -- to

1    every Caterpillar C7 engine?

2    **A.**  The -- are you talking about normal oil

3    pressure?

4    **Q.**  Yeah.  So I'm saying -- I'm saying is 50 to

5    55 --

6    **A.**  Normal?

7    **Q.**  Is that -- is that normal for every Caterpillar

8    C7 engine?

9    **A.**  For, like, good one, yes.

10   **Q.**  And is 4,500 about the -- the cutoff --

11   **A.**  Yes, that's the cutoff.

12   **Q.**  For -- for every Caterpillar C7 engine?

13   **A.**  Depending on also how it runs.

14   **Q.**  Well, what do you mean by that?

15   **A.**  Well, if it's no good, it's pointless.  I don't

16   worry about it.

17   **Q.**  But what do you mean by "no good"?

18   **A.**  Like, if it doesn't pass my criteria, I don't

19   put it in stock.

20   **Q.**  And what are the -- the -- what's the criteria

21   again?

22   **A.**  No blowby, good oil pressure, very little

23   smoke.

24   **Q.**  So I guess what I'm asking is if everything --

25   everything else checks out, is 4,500 kind of

65

1   the -- the low -- the low range of acceptability

2   for -- for every Caterpillar C7?

3   **A.**  Yes.

4   **Q.**  And 60 is the high end of what you would expect

5   to see in any --

6   **A.**  That's like, like I said, low mileage, not used

7   and abused C7.

8   **Q.**  What about are there any -- are there any

9   Caterpillar C7 motors that would have higher than 60

10  PSI in new -- new condition?

11  **A.**  I don't know.

12  **Q.**  Have you ever -- have you ever worked on an

13  engine that -- a Caterpillar C7 engine that had a --

14  had a higher PSI than that?

15  **A.**  No.

16  **Q.**  And have you ever -- have you ever run an

17  engine that was a return from a customer -- customer

18  bought an engine from Adelman's, returned it and you

19  tested it?

20  **A.**  Can you repeat that?

21  **Q.**  Have you ever -- have you ever run an engine

22  that you or Matt had tested before and had then been

23  sold to a customer and then returned to Adelman's by

24  the customer?

25  **A.**  Yes.

1  **Q.**  When was the last time that happened?

2  **A.**  I can't remember.

3  **Q.**  Was it within the past month?

4  **A.**  No.

5  **Q.**  In the past year?

6  **A.**  No.

7  **Q.**  Can you say about how many times it's happened

8  since you started working at Adelman's?

9  **A.**  Maybe twice.

10      **MR. MILLER:**    That's all the questions

11  I have.

12      Do you have any?

13      **MR. RAMBACHER:**    No.  Thank you, though.

14      He will waive.

15      **THE VIDEOGRAPHER:**He also has to review the

16  videotape or he may waive that right.

17      **MR. RAMBACHER:**    You have the right to

18  review the videotape.  You can't change your answers

19  but you can clarify them if it's obscure, or you can

20  waive.  I'm fine with you waiving.

21      **THE WITNESS:**    What does that mean?

22      **MR. RAMBACHER:**    That means you're not

23  going to go get a copy of what he videotaped and

24  review it to necessarily see if there's any errors.

25      **THE WITNESS:**    Okay.

1          **THE VIDEOGRAPHER:** So would you like to

2    review or will you waive the review?

3          **MR. MILLER:**     It's -- it's up to you.

4          **MR. RAMBACHER:**     It's up to you.  I

5    suggest you just waive.

6          **MR. ADELMAN:**     Yeah.

7          **THE WITNESS:**     Okay.  Waive.

8          **THE VIDEOGRAPHER:** Thank you.  We're off the

9    record.

10          **MR. MILLER:**     I'll order at this time,

11    email is good enough.

12          (Thereupon, the Christopher Ives

13          deposition was concluded at 12:24 p.m.)

14                    - - -

15

16

17

18

19

20

21

22

23

24

25

1        C E R T I F I C A T E

2

STATE OF OHIO,     )
3                  )   SS:
SUMMIT COUNTY.     )

4

5        I, Carina C, Meszaros, a Registered Merit
Reporter and Notary Public within and for the State
of Ohio, duly commissioned and qualified, do hereby
6   certify that the within named witness, CHRISTOPHER
IVES, was by me first duly sworn to testify the
7   truth, the whole truth and nothing but the truth in
the cause aforesaid; that the testimony then given
8   by him was by me reduced to Stenotypy in the
presence of said witness, afterwards prepared and
9   produced by means of Computer-Aided Transcription
and that the foregoing is a true and correct
10  transcription of the testimony so given by him as
aforesaid.
11       I do further certify that this deposition was
taken at the time and place in the foregoing caption
12  specified, and was completed without adjournment.
         I do further certify that I am not a relative,
13  employee of or attorney for any party or counsel, or
otherwise financially interested in this action.
14       I do further certify that I am not, nor is the
court reporting firm with which I am affiliated,
15  under a contract or defined in Civil Rule 28(D).
         IN WITNESS WHEREOF, I have hereunto set my hand
16  and affixed my seal of office at Akron, Ohio,
this 10th day of October, 2018.

17

18

19       _Carina C. Meszaros_

         _____
20       Carina C. Meszaros, Notary Public
             in and for the State of Ohio
21       My commission expires March 11, 2019.

22                   -  -  -

23

24

25

**A**

A-k-r-o-n
9:14
**a.m**
1:20 4:3 38:21
**able**
6:3 27:12 28:17
28:18,21
**abnormal**
23:9 28:6,11,15
28:18 29:3,7,8
29:12 31:2,13
31:23
**abused**
65:7
**acceptability**
65:1
**acceptable**
61:22 62:15
**account**
60:22
**accurately**
6:4
**action**
68:13
**address**
35:14 45:10,13
45:17
**Adelman**
1:4 2:22 4:5
37:5,9 38:1
39:19,21 42:23
43:1 49:17
51:5,7,13,16
52:4,15 67:6
**Adelman's**
4:14 8:19 9:1,9
10:10,21 12:8
15:10 22:4
25:1,9 30:2,8
30:16 38:11
40:17 41:15,18
41:25 44:2,5
45:9,16 47:18
48:3,17 58:6
58:14 65:18,23

66:8
**adjournment**
68:12
**affect**
50:13
**affiliated**
68:14
**affixed**
68:16
**aforesaid**
68:7,10
**age**
4:19 8:16
**ago**
6:20 28:4 41:7
41:10
**ahead**
8:6
**ahold**
56:8
**Akron**
1:19 4:4,5 9:10
9:12,23 10:1,7
22:2,2,9 40:20
68:16
**Allen**
46:20
**amount**
46:15 54:18
**amounts**
50:5,5
**answer**
7:13,22 8:6 63:5
**answers**
66:18
**anybody**
22:13 48:9
**apart**
53:13
**apologize**
20:7 62:9 63:23
**APPEARANC...**
2:1
**apply**
63:25
**approximately**

4:3 58:1
**area**
12:11,14 16:13
16:15 24:25
25:5,10,18
32:3 54:9
57:11
**arrive**
14:20 17:9,13
18:15
**asked**
7:23 28:22 37:15
**asking**
7:8,11 14:14
30:18,24 35:12
38:17 48:18,19
54:1 64:24
**attachment**
43:16
**attempt**
30:9
**attention**
15:20 49:22,24
50:1
**attorney**
2:5,13 39:7
68:13
**automatically**
36:7
**average**
40:11 49:21
63:20

**B**

**back**
12:17 16:16
25:21 32:10
37:12 53:13
54:18 55:18
56:8 57:18
59:17
**backed**
32:17
**bad**
31:9 54:7,8,9
60:4

**balancer**
20:15
**bar**
20:5,5
**barring**
20:14
**basic**
10:24
**bathroom**
37:6 51:3
**batteries**
20:23
**battery**
46:20
**bearing**
29:16
**beginning**
22:9
**Behalf**
2:3,11
**believe**
23:3 30:5 31:18
37:16 40:20
41:21
**bench**
33:10
**best**
7:6
**Betz**
42:22
**big**
46:15
**Bill**
42:21,22,22
**bit**
29:15 62:22
**blade**
55:7,11
**blanks**
35:20
**blowby**
23:8 64:22
**boss**
38:3 49:24 50:1
**bought**
47:25 65:18

**break**
7:16,23,24 37:5
48:23,25 49:14
49:16
**Brian**
42:21
**bring**
15:5 16:18,18,23
35:23 55:18
**bringing**
15:18,19
**brings**
56:7
**brought**
15:2
**building**
11:13,14,15 12:3
12:15,17 13:6
13:8,9,10,13
13:15,17 14:7
14:16 16:16
17:4,5,15,18
18:15,17 19:3
19:9,10 24:5
24:10,22 25:7
32:23 49:15
50:21 51:2,8
52:5,15 53:21
54:3
**buildings**
11:16,19,23 12:1
24:22 57:19,22
**builds**
19:4,4 20:25
21:1
**business**
10:8,9 12:8,12
45:14
**busy**
19:1 50:12,13,14
50:16
**button**
43:5
**buy**
10:11
**buys**

55:24

**C**

**C**
1:16 5:4 68:1,1
68:4,19
**C7**
46:17 58:19
61:18 62:2,25
63:9,14 64:1,8
64:12 65:2,7,9
65:13
**C7s**
58:20
**cab**
19:20
**cables**
46:20
**call**
51:15
**called**
1:13 30:4
**calls**
50:16
**Canton**
2:7
**capable**
22:13
**caption**
68:11
**Carina**
1:15 68:4,19
**Carl**
2:22 37:23,25
38:1
**Carolina**
2:16
**case**
1:7 4:5,6 8:14
28:14
**cases**
56:20
**Cat**
46:14,15,15
**Caterpillar**
46:17 58:10,12

58:19 61:10,14
61:18 62:2,25
63:9,14 64:1,7
64:12 65:2,9
65:13
**cause**
31:3,14 68:7
**causes**
31:8
**causing**
28:18
**certain**
25:17,18 31:12
31:19 34:4
35:19 45:24
46:15
**certified**
4:20
**certify**
68:6,11,12,14
**change**
22:17 36:1,18
59:11 66:18
**changed**
10:16,19 18:18
**charge**
18:8 48:5
**check**
8:23 20:1,4 55:1
56:25
**checked**
47:13
**checking**
57:8,14
**checks**
20:2 64:25
**Chicago**
48:17
**choose**
19:5
**choosing**
18:19,20 19:7
**Chris**
4:4
**Christopher**
1:12 4:18 67:12

68:6
**Civil**
1:14 68:15
**clarify**
66:19
**cleaning**
19:13,14,15
**clock**
14:22 17:2
**clutch**
20:14
**colleagues**
11:1
**come**
8:24 19:3,19
37:20 47:16
**comes**
44:9 55:20
**coming**
31:7
**commencing**
1:20
**commission**
68:21
**commissioned**
68:5
**common**
58:13
**COMMUNITY**
2:12
**completed**
68:12
**computer**
26:16,22,25 33:5
33:12,12,14,18
33:20,25 34:8
34:14 35:10,24
36:6,14,16
37:2 40:8
43:13,13,18
44:10,11,14,16
44:23,25 45:6
45:8 46:6 47:1
47:5,14 52:20
53:3 59:24
62:1

**Computer-Aid...**
68:9
**computers**
26:24
**concern**
15:15 63:12
**concluded**
67:13
**condition**
65:10
**consider**
29:7 31:2,13,23
58:24 62:6
**considered**
24:14,18 60:11
60:11
**consists**
15:1
**consult**
60:9
**contacted**
55:23
**contains**
53:4,7
**contents**
39:1
**continued**
27:2
**continuing**
14:20
**contract**
68:15
**controlled**
26:18
**conversation**
39:1,2
**cool**
32:9,17
**copy**
66:23
**core**
54:9
**Corp**
4:6
**corporate**
5:19

**Corporation**
1:5 4:15
**correct**
37:17 39:23 57:1
68:9
**counsel**
4:9 68:13
**count**
40:19
**COUNTY**
68:3
**couple**
6:16,20,20 59:12
**course**
37:7 46:9
**court**
1:1,18 4:4,8
6:21 7:1,2 8:14
68:14
**CPL**
44:23
**crank**
20:24
**Crescent**
46:19
**criteria**
64:18,20
**Cummins**
46:14
**customary**
25:16
**customer**
12:7 55:20 65:17
65:17,23,24
**cut**
19:20
**cutoff**
64:10,11

**D**

**D**
3:1
**daily**
34:19
**date**
4:2 55:1,8

**dated**
54:23,24,25
**day**
1:19 14:18 16:17
  40:12 50:11,19
  51:5 54:25
  68:16
**days**
14:8
**dealing**
25:13
**decided**
19:11
**decreases**
62:22
**Defendant**
2:11 4:12 5:2
**Defendant's**
3:5 5:3 37:15
**Defendants**
1:10,13
**Define**
13:19 25:24 29:5
**defined**
68:15
**depending**
17:11 20:14
  26:24 64:13
**Depends**
50:12
**deposed**
4:20
**deposition**
1:12 4:4 5:4,13
  5:16 8:12
  37:20 38:20
  39:3,7,11,19
  39:22 40:1,9
  67:13 68:11
**describe**
11:8 14:18 27:20
**description**
18:5
**designated**
32:4
**desk**

12:18 13:1,2
32:22,24 33:7
**desktop**
33:11,20
**determine**
27:12
**DG5**
36:24 37:1
**diesel**
26:3
**different**
12:5 13:7,7,9
  16:21 21:12,12
  21:14 26:1,19
  26:24 29:20
  41:24 42:16
  44:10 46:13
  57:19,21,22,25
  60:8,21 61:13
  61:14
**dig**
29:13,23,25
**discuss**
39:14,25
**discussed**
31:24
**District**
1:1,2 4:8
**document**
5:2,7,9
**doing**
21:9 26:7 46:2
  46:24 50:3
**Don**
1:9 4:12 41:12
**door**
12:7 16:9,12,15
  51:2
**double-check**
32:13,15
**drain**
23:20,24
**drained**
23:15,16,18 24:8
  24:14 27:18,21
  27:22 28:9,16

29:4 31:4,15
32:2
**Drive**
1:18
**dropped**
24:2
**drugs**
5:23
**duly**
4:20 68:5,6
**duties**
8:22 10:15
**duty**
15:21

---
**E**
---
**E**
3:1 68:1,1
**earlier**
23:3 31:18 34:3
  37:14 50:18
  52:19
**easier**
6:21
**easily**
20:16 26:20
**eat**
49:15
**either**
5:14 35:11 40:8
  56:7,15,15
**electronically**
26:18
**email**
34:14 35:6,9,14
  43:17 45:9,13
  45:16,19,21
  67:11
**employee**
44:5 68:13
**employees**
10:25 15:10 25:9
  25:13 48:19,20
  48:25 49:4
**employer**
45:13

**ends**
10:19
**endure**
37:20
**engine**
8:21 10:6 13:25
  14:1,15 19:11
  20:13,18,22
  21:2,7,16 22:7
  22:19,25 23:11
  24:2,7,8,11,13
  25:20,23 26:1
  26:13,19,21
  27:1,7,11,23
  28:5,5 29:2,9
  31:3,13 32:6
  32:21 34:18,20
  34:23 36:7,19
  41:14 42:12
  43:23 44:1,7,9
  44:10,12,24
  45:5,6,23 46:8
  47:3,4,12,16
  47:25 48:10
  49:18 50:7,9
  51:12 52:5,16
  53:12,17,22
  54:1 55:14,24
  56:1,7,25 57:1
  57:8,10,10,16
  57:17 58:6,13
  58:20 59:20
  60:5,21 61:10
  61:18 62:2,18
  62:22 63:9
  64:1,8,12
  65:13,13,17,18
  65:21
**engines**
8:23 15:3,5,19
  15:25 16:3,5
  16:18,19,23,23
  18:3 19:2,7
  23:4 24:18,23
  25:1,11,14,17
  25:17 26:17,23

27:19 28:1
30:3 32:2,4
33:13,15,18
34:1,12,15
36:23 40:12,15
40:16,21 42:17
47:19,21 48:10
52:21 54:6
56:20 57:4,14
57:20,25 58:14
60:23 61:14
62:25
**entire**
9:5 47:21
**errors**
66:24
**estimate**
41:22
**everybody**
25:15
**exact**
63:19
**exactly**
10:8 55:4 61:23
  63:19
**Examination**
1:14 3:3 4:22
**example**
31:6
**examples**
31:10
**exception**
30:12
**excessive**
26:10
**excessively**
26:5,13 27:2,7
  27:12
**exhaust**
31:7
**Exhibit**
3:6 5:3 37:15
**expect**
65:4
**expert**
20:10

**expires**
68:21
**explain**
30:5
**explaining**
29:14
**extremely**
63:15

**F**

**F**
68:1
**factory**
47:3
**familiar**
33:21
**fan**
55:5,7,7,11
**far**
29:12 31:24
**Federal**
1:14
**feel**
7:8
**feeling**
6:8
**feet**
16:9,10
**Fifty**
61:20 63:22
**fifty-five**
61:20 63:22
**figure**
27:6
**file**
34:17,20 43:9,10
  43:11,15
**files**
34:21 35:17
**fill**
35:20
**fills**
36:7
**financially**
68:13
**find**

**37:19 54:5,12**
57:1
**fine**
6:12 32:7,14
  47:12 62:4,6
  66:20
**firing**
30:7,17
**firm**
68:14
**first**
4:20 5:1,12 9:13
  12:9,22 14:21
  17:21 18:14
  35:13 37:24
  61:12 68:6
**five**
15:9 19:2 40:13
  42:10 59:7
**fix**
28:11,18,21
  30:14,17
**fixed**
26:20
**Floor**
2:14
**follow-up**
61:13
**follows**
4:21
**football**
49:10
**forced**
7:17
**foregoing**
68:9,11
**forgive**
53:9
**form**
35:5,20
**four**
9:3 10:21 14:7
  19:1 40:13
**free**
7:8
**front**

12:6 16:12,15
  17:4 18:22,23
  18:24 21:7
  55:22
**fuel**
20:22 27:4 46:10
  46:19
**further**
31:20 68:11,12
  68:14

**G**

**gauge**
20:24
**general**
12:11 61:3,4
**generally**
6:13 8:5 22:23
  38:7 48:20
  49:4,12 58:5
**generated**
43:16
**girlfriends**
49:11
**give**
6:24 16:9 41:21
**given**
68:7,10
**gives**
52:24
**giving**
36:14,19
**go**
5:13,15 6:16
  7:15 8:6 12:9
  14:21 18:20
  20:14 29:12
  35:16,25 37:6
  54:9 55:16
  56:24 59:13
  66:23
**goes**
21:6 27:18,25
  29:16 30:3
  35:18
**going**

5:1,2 20:7,8
  23:24 46:16,16
  46:17 50:2
  56:4 63:6
  66:23
**good**
4:24,25 23:8,11
  24:16 26:8
  29:1 41:21
  47:13 49:5
  54:7,9,12,19
  56:10 60:3,12
  60:21 64:9,15
  64:17,22 67:11
**grab**
56:24
**greater**
63:16
**greatest**
58:7,7
**guess**
8:2 14:4 18:22
  35:9,12 40:14
  40:15 42:24,25
  48:14 64:24
**guessing**
11:10 15:12 25:9
**guilty**
6:18

**H**

**hand**
20:6 58:1,14,23
  68:15
**hanging**
8:1
**happen**
16:4 24:2 30:20
  30:21,25 38:7
  38:11 50:25
  51:21
**happened**
38:14 51:23 52:1
  52:13 66:1,7
**happens**
7:5 23:14 27:16

27:23 32:1,8
  32:16 51:15
**harder**
6:25
**harmonic**
20:15
**harness**
20:23 21:3,6,10
  21:21,24 22:6
**harnesses**
20:21 21:12
  22:10,15,20,21
**head**
7:3 57:24
**hear**
28:15 29:2 55:21
**heard**
4:7 35:7
**help**
29:14
**hereinafter**
4:20
**hereunto**
68:15
**Hey**
56:8
**high**
65:4
**higher**
62:19 65:9,14
**highest**
62:14
**hill**
16:6,7
**hit**
43:4
**honest**
60:13
**honestly**
11:3 18:13 42:7
**honesty**
15:20 49:22
**hook**
20:22,23 26:16
  26:23 33:12,14
  33:25

**hooking**
34:11
**hoping**
10:24
**horse**
44:22
**horsepower**
36:3
**hoses**
19:14,18,23
**hot**
58:20,20
**hour**
32:10,18
**hundred**
16:9,10 59:1
**hundreds**
40:18 57:6 58:15

**I**

**idea**
26:8
**ideal**
60:8
**identification**
5:5
**identify**
56:12
**illness**
6:8
**immediate**
18:12
**immediately**
28:9
**impair**
5:23
**important**
6:23 7:10
**inch**
60:18
**included**
42:3
**information**
36:7 43:12 45:2
  53:6
**injector**

27:4 30:7,17
**inside**
19:8
**instance**
41:5
**instructs**
8:7,7
**intake**
31:7
**interested**
68:13
**interface**
36:6
**inventory**
11:20 14:13,23
  14:25 17:6
  57:5
**issue**
26:6
**Ives**
1:12 4:4,18,24
  5:4,22 37:14
  59:19 67:12
  68:6

**J**

**J**
2:5
**Jakes**
44:22
**James**
2:21
**jmiller@salem...**
2:18
**job**
8:20,20 9:5 10:1
  10:16 15:14,14
  15:16 16:2
  18:2,4,4 29:1
  40:19 42:4
  45:20
**jobs**
9:21 49:7,12
**John**
2:5 4:13 39:3
**john@rambac...**

2:9
**Jonathan**
2:13 4:11
**Jones**
1:8,9 4:6,12
  41:12
**judge**
5:20
**June**
52:11,17

**K**

**Kahlenberg**
5:14 39:8
**keep**
7:18
**kept**
12:2
**keyboard**
33:22
**kind**
11:8,25 12:6,18
  13:14 14:20
  16:12,24 25:16
  33:20 35:19,21
  46:17 54:2
  64:25
**kinds**
7:4 29:6 31:1
  41:25
**knock**
29:10,15,16
**know**
5:9 6:2,7,8 7:1,2
  7:17,18,25
  11:3,17 12:7
  12:12 14:2,19
  14:20,25 15:13
  15:13,23,25
  16:2 18:13,22
  19:2,15 21:3,6
  21:9,9 22:6
  25:10,16 27:23
  29:24 32:1
  33:21 34:4
  35:1 36:21,21

36:24 38:10,10
  41:6,12,14,19
  42:7,9,11,24
  44:11,22 45:18
  46:9,13 47:15
  47:24,25 48:3
  48:4,8,9,11,16
  48:16,22 49:12
  49:23 50:2,3,6
  52:17 53:10,12
  54:1,20 55:1
  55:13,14,16,19
  56:5,22 58:2
  58:24,25 59:8
  59:10 60:11,13
  61:4,7 65:11
**knows**
14:2

**L**

**laid**
11:9
**laptop**
33:17
**Law**
2:4,5,12,13
**lawful**
4:19
**lay**
19:20
**leave**
13:16
**leaves**
53:18
**let's**
7:14 8:2 44:22
  52:10 54:8
  57:18,18 58:19
**life**
45:21
**lifetime**
40:22
**line**
10:8
**lines**
46:10,19

**Listen**
34:10
**listening**
34:12
**little**
24:12 29:15
  62:22 64:22
**LLC**
2:4
**located**
13:4
**location**
11:14 48:13,17
  48:21
**long**
9:1 13:15,18,19
  13:21,23,23
  32:20 50:5
  54:22 58:21
**longer**
14:16
**look**
21:23 31:20 40:7
  53:12,15,22
  54:5 56:14
**looking**
22:24 23:6 29:9
  51:1 59:20
  60:2
**loose**
29:17
**lot**
22:1 30:20,20,21
  30:24,25 40:18
**low**
62:17 65:1,1,6
**lower**
62:7,11
**lowest**
62:5,5
**lunch**
7:19 49:2
**lunchroom**
48:23 49:14

**M**

M-e-d-i-n-a
9:16
mail
35:16
Main
2:6,15
majority
10:5 23:25 47:7
   47:7 52:23
making
23:4 27:7 29:2
manually
20:6,15
manufacture
47:19
march
7:17 68:21
mark
23:15,17,19,19
   47:13 55:1,5,7
   56:21
marked
5:2,5 37:15
marking
55:3
match
45:5 47:6,8,9,11
matches
57:9
Matt
18:1 30:1 39:14
   65:22
Matt's
18:2
McDonald's
9:23,25
mean
6:5 10:15 11:10
   12:21 23:17,17
   26:5 27:20
   28:20 30:20
   33:17 40:3
   45:25 47:2
   49:20 54:24,24
   58:3,14,16
   60:2,17 61:8

62:3,9,16
64:14,17 66:21
means
62:4 66:22 68:9
measured
60:14,16 61:6
media
59:11
medication
5:22
Medina
9:10,12,23 10:2
   10:7 22:2,9
   40:20
meeting
49:14
memorized
60:7
memory
5:23
mentioned
39:12 45:2 50:18
   51:11
Merit
1:16 68:4
Meszaros
1:16 68:4,19
Microwave
33:1
Mike
39:7
mileage
34:24 35:1,4
   52:24 62:17
   65:6
Miller
2:13 3:3 4:11,11
   4:23 5:6 37:7
   37:13 43:2
   59:13,18 63:4
   66:10 67:3,10
mind
6:7,14
mine
15:15
mingle

49:16
minutes
14:2 28:4 37:8
   59:12
mixed
45:8
mm-hmm
6:25 10:4 32:25
   36:13 51:14
month
14:12,16,17
   49:21 52:2,8
   59:9 66:3
morning
4:24,25 17:10
   18:16 38:21
   40:4
motor
19:21 32:10 36:3
   41:9 46:13,17
   51:1 56:9,12
   56:13,18 61:2
motors
41:4,6 58:10,19
   65:9
move
32:9
moves
54:2,2
music
34:10,12

N

N
3:1 44:22
name
4:9 17:20,25
   25:6 35:17
   36:21 37:1,3
   42:13,23,25
   43:8,9
named
39:7 68:6
names
15:6 42:20
Namewise

15:6
naming
43:10
natural
7:4
necessarily
66:24
need
6:18 7:15,15,19
   17:20 45:25
needed
25:15,15 54:5
needs
18:19,20
never
11:7,7 21:25
   45:21 62:19
new
65:10,10
nodding
7:3
noise
28:12,15,18 29:3
   29:5
noises
23:9 28:6 29:7,8
   29:12 31:1,12
   31:19,23
non-repairable
29:18,19
nonqualified
24:20
normal
14:14 61:9,14,17
   63:8 64:2,6,7
normally
44:8 60:23
North
2:7,15,16
NORTHERN
1:2
Notary
1:16 68:5,19
note
43:23 55:8
notepad

33:1
notes
43:6 46:23
nowadays
26:17
number
4:7 34:24,25
   44:23,23 45:4
   46:25 48:19,20
   53:1,2,4 56:19
   56:22 57:2,9
   58:7 60:3,4
   62:5,14
numbers
47:4,4 56:20
   57:15 63:24

O

oath
5:18
Objection
63:3
objections
8:4
objects
8:6
obscure
66:19
obtaining
48:6,6,10
occasion
30:10,17
occasionally
34:25 49:19,20
occurrence
30:19
October
1:19 4:2 68:16
office
2:12 11:11,25
   12:18,23,24
   16:13,15 68:16
offices
1:17 12:12 13:7
oh
6:10 12:10 17:2

33:23
**Ohio**
1:2,17,19 2:7
  4:5,8 68:2,5,16
  68:20
**oil**
20:1,24,25 21:1
  23:8,11,20
  27:22 34:24
  36:15,15 52:21
  59:21 60:3,4,8
  60:8,12,14,21
  61:9,14,17
  62:2,4,21 64:2
  64:22
**okay**
5:9 6:15 7:12,20
  8:9,10,10 9:15
  9:17 10:20
  13:10 16:7
  28:24 36:4,9
  36:20 37:4
  42:3 55:1
  57:12 63:7
  66:25 67:7
**once**
21:19 49:21,21
  49:21 52:9
  56:22
**ones**
54:7,8,9,10,12
**open**
14:22 53:11,11
**opportunity**
43:5
**options**
28:22
**order**
67:10
**original**
44:11,15,17,24
  44:25 45:5,6,8
  47:14
**originally**
45:6
**outside**

25:7
――――――――
**P**
**p.m**
67:13
**pad**
33:3 46:22
**paper**
46:22
**papers**
40:8
**parentheses**
44:14,17,25 45:7
**part**
8:5 12:15
**particular**
13:25 14:1 16:17
  17:18 20:22
  24:21,21,25
  41:4 50:7
  54:17
**parts**
1:4 4:6,14 9:2
  9:10,12 10:12
  11:22 12:2,16
  13:14 14:6
  40:17 41:15
  42:1,5 44:2,5
  48:7,10
**party**
68:13
**pass**
64:18
**passes**
32:13
**pay**
15:20 49:22,24
  50:1
**peak**
62:18
**pens**
33:2,3
**people**
15:3,5,18 16:18
  16:23 17:17
  33:21 42:4,6

42:16,20 48:12
  49:13,16
**performing**
25:18
**period**
55:18
**person**
17:24 23:20,24
  24:3 38:6,8
  39:15 48:5
  51:19 55:21
**person's**
17:25
**personally**
49:15
**phone**
33:1 38:6 51:19
**phrasing**
48:15
**physically**
23:23 57:7,7,13
  57:13
**pick**
7:1,2
**picked**
24:4
**picking**
18:18
**picks**
27:25
**pipe**
20:5
**place**
11:9 25:6 28:2
  40:4 68:11
**placed**
25:18
**places**
50:24
**Plaintiff**
1:6 2:3 4:14
**please**
4:9
**plug**
46:21
**point**

7:7,17 20:17
  38:19
**pointless**
64:15
**politics**
49:10
**poor**
27:4
**Popping**
31:7
**pops**
49:19
**position**
10:17
**positions**
10:3
**possibilities**
58:10
**pounds**
60:18 62:17
**power**
46:10
**preliminary**
6:17
**premises**
30:3 51:10
**prepared**
68:8
**presence**
68:8
**present**
2:20 50:8
**pressure**
20:25 21:1 23:8
  23:11 34:24
  36:15,15 52:21
  59:21 60:4,4
  60:12,14,21
  61:10,17 62:2
  62:4,21 64:3
  64:22
**pressures**
60:8,8 61:15
**pretty**
10:5,10,18 19:1
  19:23 26:8

29:11 62:18
**prevent**
5:23
**previous**
40:19
**previously**
53:23 54:13
**problems**
30:9
**Procedure**
1:15
**proceed**
20:2,16 21:1
**proceeding**
5:19
**process**
22:18
**processing**
33:24
**produced**
68:9
**program**
26:25 34:6,7
  35:3,23 36:6
  36:22 43:16
  52:20 53:2
  59:24
**provided**
45:13
**PSI**
60:16,17 63:6,6
  63:16 65:10,14
**Public**
1:17 68:5,19
**pull**
15:25 16:3,18,23
  19:13
**pulling**
16:5,5
**purchased**
41:15
**purchases**
47:21
**purposes**
5:5 45:14
**pursuant**

1:14
**push**
35:17
**put**
8:24 13:20 14:4
16:21 19:2
20:23,24 23:4
23:7 24:15,20
24:23 26:20
32:3 35:16,17
44:24 46:10
53:13 54:10
55:1 56:21
64:19
**puts**
27:18

### Q

**qualified**
8:24 23:4,7
24:14 68:5
**qualify**
23:21
**quality**
27:4
**question**
6:24 7:8,9,22,22
7:25 8:6 12:4
14:5 28:22
44:3 50:6
51:12,16 57:12
**questionable**
62:20
**questioning**
62:8,12
**questions**
8:4 20:9 66:10

### R

**R**
2:13 68:1
**Rambacher**
2:4,5 4:13,13
5:14 8:3 38:19
38:22 39:3
63:3 66:13,17
66:22 67:4

**ran**
25:20 29:9 47:12
54:23
**range**
9:18 11:4 14:1
15:8 40:15,20
41:21 60:20,22
61:4,23,24
63:1,8,22 65:1
**rapport**
49:5
**ready**
40:8 46:8
**really**
20:8 25:6 49:16
53:10
**rear**
10:19
**reason**
6:2 53:23 54:6
54:13,15
**reasons**
54:16
**receive**
34:14
**recess**
37:11 59:16
**record**
4:1,10 37:10,12
59:14,15,17
67:9
**records**
40:8
**reduced**
68:8
**referred**
30:4
**referring**
18:25 37:25
**refrigerator**
33:1
**Registered**
1:16 68:4
**regular**
16:22,25 33:11
33:14 40:4

**relation**
16:8,12,14
**relative**
68:12
**reman**
44:24
**remember**
38:9,13,13 41:5
41:9 66:2
**repair**
30:9
**repairable**
29:11
**repaired**
29:22,22
**repeat**
9:11 12:4 16:20
27:8 31:16
61:25 65:20
**rephrase**
7:9 53:25
**reply**
6:24
**report**
34:17,19,22
35:21 36:2
42:12 43:6,7,8
44:21 45:3
**reporter**
1:16 6:21 7:1,2
68:5
**Reporters**
1:18 4:5
**reporting**
68:14
**reports**
34:15 42:17
**represent**
4:12,14
**rerun**
55:17
**resell**
10:12
**resemble**
33:20
**reserved**

25:1
**resold**
8:25
**restroom**
7:20
**retest**
55:16 56:1,5,9
**return**
65:17
**returned**
65:18,23
**review**
66:15,18,24 67:2
67:2
**right**
4:24 10:23 30:21
35:3 44:14
47:19 58:24
62:18 66:16,17
**rod**
29:10,15,16
**room**
48:23 49:14,16
49:17
**roughly**
9:20
**routine**
16:25
**routinely**
45:23
**rule**
30:13 68:15
**Rules**
1:14
**run**
8:23 20:17,18
22:24 23:10,10
26:19 27:3
28:5 32:6
40:12,16,22
44:7 46:8 50:9
59:9,20 65:16
65:21
**running**
24:16,18 25:2,2
25:11,12 26:13

45:23 46:3,5
47:16 49:18
52:5,16
**runs**
64:13

### S

**SALEM**
2:12
**salesman**
56:7
**salesman's**
35:17
**salesmen**
42:2
**salesmens**
34:16
**salespeople**
41:17,23,25 50:8
50:17
**salesperson**
42:14 56:12,12
56:18
**savvy**
35:10 43:18
**saying**
11:21 15:23 16:1
21:11 22:14
29:21 30:1,2
36:3,5,5 43:15
44:14,16 45:7
48:18 56:17
61:13 62:21
64:4,4
**says**
35:3,24,24 36:24
**schedule**
16:22
**scratch**
35:22
**screen**
36:12
**seal**
68:16
**second**
17:4 24:7

seconds
6:20
see
7:14 8:2 16:3
  26:16 36:17,18
  42:13 47:3
  50:17,18 51:5
  51:7 63:16,23
  65:5 66:24
seeing
27:3 36:12
seen
5:7 37:16 62:16
  62:20
sees
50:3
sell
42:4
send
28:15 31:3,3,14
  34:14,15,21
  35:17 36:2,3
  42:12 43:5,8
sending
35:15 36:15,16
  36:17
sensor
26:17,18
sent
42:14,17 45:21
separate
12:3,23 34:17,21
serial
34:24 44:23 45:4
  46:25 47:3,4
  53:1,2 56:19
  56:20,22 57:2
  57:8,15,16
set
68:15
seven
11:17
shaking
7:3
shared
45:16

shelf
54:17,21 55:15
ship
55:20
shipping
56:10
shop
13:5,11,15 14:7
  14:22 16:8,14
  16:19,24 17:13
  17:14 18:15
  19:9,10 32:23
  39:16 50:21
  51:8 52:4,15
  53:19 54:3
short
36:2 50:4
Shortly
5:17
show
5:1 40:3
showed
37:14
shown
43:19
Shut
32:9
simple
20:8 26:18,25
  34:7,7
site
25:1
sits
55:18
sitting
54:21 55:15
situation
27:5 28:10
situations
56:4
six
11:17 19:2
size
60:5
sizewise
58:18

slogging
7:18
small
46:14
smoke
23:8 25:23,24
  26:2,3,10 27:2
  27:7 64:23
smoked
26:13 27:11
smokes
26:5
smoky
26:21
socket
46:20
software
34:4 37:3
sold
55:17 56:2 65:23
Somebody
27:25
sorry
9:11 19:16 28:21
  29:20 33:16
  44:3 55:6 63:7
sort
11:11
sorts
30:9
sound
8:10 20:8
sources
47:22,24
South
2:6
space
12:19 13:11
  48:24
speak
38:22
speaking
8:5 22:23 58:5
specialist
8:21 10:6
specific

6:6,14 23:1
  24:12,24 28:13
  30:15 33:18
  38:24 41:5,9
  41:23 43:24
  47:17 51:12
  53:24 55:25
  57:11 58:16
  61:2,2,11
  63:10
specifically
45:11
specified
68:12
specify
58:18
spell
9:13
spot
19:13
Springside
1:18
square
60:18
SS
68:3
stand
41:4
standpoint
29:19
start
14:24 18:18 19:3
  19:12,13 20:2
  20:24 21:2
  28:25 32:10,18
  32:21 43:9
  54:8,18 55:22
  56:24 57:7
  62:8,12
started
9:8 10:16 25:22
  25:23 26:12
  54:25 66:8
starting
14:19,19 22:13
  22:18,18

starts
18:3
state
1:17 4:9 68:2,5
  68:20
States
1:1 4:7
stay
14:15 58:20
Stenotypy
68:8
step
57:18
stock
8:25 23:5,7
  24:15,16,16,19
  24:20 25:3,12
  25:12 26:21
  32:4 54:10
  55:2 57:21
  58:24 64:19
Stop
28:9
stops
50:3,4
storage
13:11
stored
11:22 12:16
  13:15,15,17
  14:6 19:8
  57:21
straight
22:6
Street
2:6,15
strike
13:21 16:13 18:7
  21:18,22 23:2
  24:6 27:9
  30:11 31:20
  38:16,20 43:21
  47:10 53:15
stuck
27:4
stuff

22:1 45:4
46:25
**stumped**
21:21
**submit**
35:5 43:5
**suggest**
67:5
**summer**
52:11
**SUMMIT**
68:3
**supervisor**
18:9,12
**supplies**
51:3
**sure**
8:24 20:1,13,13
20:25 23:4,6
36:4 43:3
52:18 54:19
55:19 56:9
63:19
**swamped**
32:20
**swear**
4:16
**sworn**
4:20 68:6

---
**T**

**T**
68:1,1
**take**
4:3 6:21 7:16,23
7:24 13:23
15:3 16:10
19:22,22,24
20:21 23:19,22
28:9 29:3 37:5
48:25 49:2
53:12 54:18
55:21 56:13
57:18 60:22
**taken**
1:15 5:22 24:4

24:11 37:11
59:16 68:11
**takes**
23:23
**talk**
6:19 38:19 39:6
39:18 49:7,9
51:13,18 61:5
**talked**
38:18 39:6,10
**talking**
20:12 28:2 57:16
58:15 64:2
**tasks**
13:24
**tell**
10:24 36:2 38:5
56:18
**telling**
39:1,5
**tells**
52:21 62:1
**ten**
37:7 40:24 42:8
**term**
13:15,18,19
**terms**
53:10
**test**
8:23 24:7 32:19
**tested**
27:11 41:6,10
53:23 54:13
55:9 65:19,22
**testified**
8:14
**testify**
6:3 68:6
**testifying**
5:24
**testimony**
38:23 68:7,10
**testing**
53:17
**Thank**
66:13

**Thanks**
9:17
**thing**
5:1 7:14,21 8:3
18:14 29:8
34:15 36:2,24
44:8
**things**
6:17,25 7:4
10:25 15:17
23:5 30:14
59:19
**think**
7:14 31:10 34:3
36:20 40:16,24
51:11 62:15
**third**
16:16
**Thirty-seven**
8:17
**thought**
35:7
**thousand**
40:25
**thousands**
40:18,23 61:6
**three**
14:7 19:1 32:19
32:21 41:6
57:23
**three-quarter**
46:19
**till**
52:12,12
**time**
4:2 9:5,18 10:5
16:17 17:3,9
21:20,23 22:5
22:12 23:25
24:7 32:18
39:24 50:5,5
54:18,22 55:16
55:18,24 66:1
67:10 68:11
**times**
19:4 27:3 28:17

28:20 32:19,21
39:18 51:23
52:1,4,8,10,12
58:12 66:7
**tires**
10:18
**title**
8:20
**titles**
15:14 16:2
**Titlewise**
16:3
**today**
6:1,4 38:23 39:3
39:8,19
**Today's**
4:2
**told**
37:21,22 39:22
40:1,2
**tool**
46:5,14,14,18
**tools**
45:24 46:7,12,15
**top**
16:6 57:24
**Torok**
2:21
**total**
48:19
**touch**
43:11
**traffic**
17:11
**transcription**
68:9,10
**transmissions**
10:19
**Transport**
1:8 4:6
**truck**
1:4 4:6,14 9:2
40:17 41:15
42:1 44:2,5
**trucks**
9:10,12 19:19

42:5
**true**
68:9
**truth**
68:7,7,7
**truthful**
61:1
**truthfully**
6:4
**try**
6:18 7:6,9,9,24
12:5 23:1
30:13,16 31:17
53:25
**trying**
61:3
**turn**
18:17 20:6,15
**turns**
20:1,4,10,13
**twice**
52:3 66:9
**two**
15:8 32:10,18
41:6 42:18,19
50:17,17 56:15
**type**
35:14,21 43:6
44:8,13,16,21
45:1,7
**typed**
43:22,22,25 44:6
**types**
15:17 25:10
31:12,19
**typical**
14:18
**typically**
17:13 23:13 24:1
26:15 32:20
34:22,24 54:23
57:4
**typing**
44:19

---
**U**

30:18
**undersigned**
1:15
**understand**
5:13,18 7:7,11
  35:11 36:4,11
  36:20 43:3
  60:20 62:13
**understandable**
7:5
**understood**
52:18
**unit**
33:24 36:16,24
**United**
1:1 4:7
**units**
60:14
**unnecessary**
19:22,23
**use**
7:19 19:21 21:4
  21:10,21,24
  26:24 34:8
  45:14,17,19
  46:1,5,7,12,18
  53:11
**uses**
46:14,14,15
**usually**
13:21 17:9 24:4
  31:8 47:15,24
  50:4,21 51:18
  58:1

---

**V**

**valve**
31:9
**varies**
50:6,10 51:22
  60:5,6,24
**varieties**
58:11
**various**
10:3,15,15 11:18
  11:20 14:23

42:1,2,5 51:3,3
**vary**
50:23 58:8
**vehicle**
10:11 11:21 12:2
  12:16 14:5
  47:25 48:7
  53:4
**vehicles**
10:11 11:21 12:2
  12:15 13:14
  14:5 15:3
  47:21 48:6
**verbal**
6:24
**verify**
47:1,2
**versus**
4:6
**Videographer**
2:21
**VIDEOGRAP...**
66:15
**VIDEOGRAP...**
59:11
**VIDEOGRAP...**
4:16
**VIDEOGRAP...**
67:1
**VIDEOGRAP...**
67:8
**VIDEOGRAP...**
4:1 37:10,12
  59:15,17
**videotape**
4:4 66:16,18
**videotaped**
1:12 66:23
**VIN**
34:25 53:4
**vs**
1:7

---

**W**

**wait**
32:17

**waive**
66:14,16,20 67:2
  67:5,7
**waiving**
66:20
**walking**
51:2
**wall**
20:21 21:5
**want**
6:16 15:6 36:4
  43:3 52:18
**wanting**
12:7
**wants**
26:21 55:21
**way**
13:20 16:21
  29:21 35:16
  48:15 53:18
**ways**
26:1,19 41:5
  51:4
**we'll**
7:5,6,24
**We're**
67:8
**Wednesday**
1:19
**week**
14:10 49:21
  51:24 52:6
**went**
22:7 63:25
**weren't**
27:12
**WHEREOF**
68:15
**Winston-Salem**
2:16
**wires**
19:17
**wiring**
19:14,20,21,22
**witness**
1:13 4:17,19

42:24 66:21,25
  67:7 68:6,8,15
**wives**
49:11
**wondering**
38:25 39:2
**word**
63:19
**words**
7:24 18:9
**work**
8:18 9:8,24
  12:19,21 14:19
  17:10 32:10
  33:5 38:11,14
  40:2,4 46:24
  48:13,21 50:22
  51:8 60:1
**workbench**
33:10
**worked**
9:1,6,19,22
  10:20 22:7
  40:17 48:12,13
  65:12
**working**
9:8 22:9 32:4,7
  32:14 44:2
  57:20,20 58:24
  66:8
**works**
36:22 39:15
  52:20
**worry**
15:16,21 64:16
**wouldn't**
6:3 31:14,14,20
  31:20
**wrench**
20:5 46:19,20
**write**
46:25 55:7
**written**
57:17
**wrong**
35:8 55:19

---

**X**

**X**
3:1

---

**Y**

**yeah**
10:18 12:10
  17:24 18:23
  33:4 37:7
  45:12 47:8
  49:1,6 50:1
  54:4,14 58:17
  61:21 63:23
  64:4 67:6
**year**
41:10 66:5
**years**
9:3,20,24 10:21
  21:9 26:8 41:6

---

**Z**

---

**0**

---

**1**

**1**
37:15
**10**
11:5 19:4 38:21
**10:02**
1:20 4:3
**10th**
68:16
**11**
68:21
**12**
19:5
**12:24**
67:13
**13**
9:20
**14**
44:22
**17**
26:8
**1st**
52:11

---

**2**

**20**
11:5,6 14:2 21:9
58:3 59:5
**2000**
9:25
**2018**
1:20 4:2 68:16
**2019**
68:21
**221**
1:18
**24th**
2:14
**27101**
2:16
**28(D)**
68:15

---

**3**

**3**
4:2
**301**
2:15
**330**
2:8
**336**
2:17
**3rd**
1:19

---

**4**

**4**
3:3
**4,500**
63:1,12 64:10,25
**44720**
2:7
**45**
62:7,11,11 63:6

---

**5**

**5**
3:6
**5,000**
41:2
**5/32**

---

46:20
**5:17-CV-2598**
1:7 4:7
**50**
59:3 62:9 64:4
**50-54**
62:3,10
**50-55**
61:19,23
**55**
62:11 63:18,21
64:5
**550**
44:22

---

**6**

**6,000**
63:1
**60**
62:16,16 63:6,16
65:4,9
**639-2440**
2:8

---

**7**

**7:30**
40:2,4
**7:55ish**
17:11

---

**8**

**825**
2:6
**837-4437**
2:17

---

**9**

**98**
9:25
**99**
44:22

---