IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ADELMAN TRUCK PARTS CORPORATION, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:17-cv-2598(JRA) |
| ) | |
| JONES TRANSPORT and DON JONES, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that DON JONES, Defendant in the above-named case, appeals to the United States Court of Appeals for the Sixth Circuit from: 1) the Order and Decision of the Honorable John R. Adams, United States District Judge, signed and entered in this action on March 13, 2018, denying the Defendant's motion to dismiss for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2) (ECF#22); 2) the Memorandum of Opinion of the Honorable John R. Adams, United States District judge, signed on March 14, 2018 and entered in this action on March 17, 2019, granting Plaintiff's motion for summary judgment under Fed. R. Civ. P. 56(a) and denying Defendant's motion for partial summary judgment under Fed. R. Civ. P. 56(a) (ECF#43); and 3) the resulting final judgment signed on March 14, 2019 and entered in this action on March 17, 2019 (ECF#44).

Copies of the Order and Decision, the Memorandum of Opinion, and the Judgment are attached as **Exhibits A, B & C**, respectively.

Dated:  Winston-Salem, NC
   April 12, 2019

             Respectfully submitted,

             **LAW OFFICE OF JONATHAN R.
             MILLER, PLLC, d/b/a
             SALEM COMMUNITY LAW OFFICE**

             By: /s/ Jonathan R. Miller
               Jonathan R. Miller
               One of Defendant's Attorneys

**Attorneys for Plaintiff**
Jonathan R. Miller
N.C. Bar No. 48224
Law Office of Jonathan R. Miller, PLLC, d/b/a
Salem Community Law Office
717 S. Marshall St., Ste. 105F
Winston-Salem, NC 27101
Tel: (336) 837-4437
Fax: (336) 837-4436
jmiller@salemcommunitylaw.com

Brian L. Bromberg
Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10004
Tel: (212) 248-7906
Fax: (212) 248-7908
brian@bromberglawoffice.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| ADELMAN TRUCK PARTS CORPORATION,<br><br>                Plaintiff,<br>v.<br><br>JONES TRANSPORT and DON JONES,<br><br>                Defendants. | **Case No.** 5:17-cv-2598(JRA) |

## CERTIFICATE OF SERVICE

I, Jonathan R. Miller, an attorney, hereby certify that on April 12, 2018 the foregoing documents were filed with the Clerk of the Court and served via the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure, and/or the Northern District's Local Rules, and/or the Northern District's Rules on Electronic Service upon the following parties and participants: John J. Rambacher & Michael J. Kahlenberg.

Dated:  Winston-Salem, N.C.
       April 12, 2018

                                        /s/ Jonathan R. Miller
                                        Jonathan R. Miller
                                        Defendant's Attorney
                                        Salem Community Law Office
                                        717 S. Marshall St., Ste. 105F
                                        Winston-Salem, NC
                                        Tel: (336) 837-4437
                                        Fax: (336) 837-4436
                                        jmiller@salemcommunitylaw.com