IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| ADELMAN TRUCK PARTS CORPORATION, </br></br> Plaintiff, </br></br> v. </br></br> JONES TRANSPORT and DON JONES, </br></br> Defendants. | ) </br> ) </br> ) </br> ) **Case No.** 5:17-cv-2598(JRA) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

<u>CERTIFICATE OF SERVICE</u>

    I, Jonathan R. Miller, an attorney, hereby certify that on April 12, 2019 the foregoing documents were filed with the Clerk of the Court and served via the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure, and/or the Northern District's Local Rules, and/or the Northern District's Rules on Electronic Service upon the following parties and participants: John J. Rambacher & Michael J. Kahlenberg.

Dated:  Winston-Salem, N.C.
       April 12, 2019

<u>/s/ Jonathan R. Miller</u>
Jonathan R. Miller
Defendants' Attorney
Salem Community Law Office
301 N. Main St., 24th Floor
Winston-Salem, NC
Tel: (336) 837-4437
Fax: (336) 837-4436
jmiller@salemcommunitylaw.com